# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## TX 9-544-174

**Effective Date of Registration:**
October 20, 2025
**Registration Decision Date:**
December 04, 2025

## Title

|  |  |
|---|---|
| **Title of Work:** | Urine Specimen Collection |

## Completion/Publication

|  |  |
|---|---|
| **Year of Completion:** | 2014 |
| **Date of 1st Publication:** | November 15, 2014 |
| **Nation of 1st Publication:** | United States |

## Author

|  |  |
|---|---|
| • **Author:** | Certified Training Solutions, LLC |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |
| **Domiciled in:** | United States |

## Copyright Claimant

|  |  |
|---|---|
| **Copyright Claimant:** | Certified Training Solutions, LLC |
| | 222 41ST AVE NE, ST PETERSBURG, FL, 33703, United States |

## Limitation of copyright claim

|  |  |
|---|---|
| **Material excluded from this claim:** | pre-existing and third party text |
| **New material included in claim:** | text |

## Rights and Permissions

|  |  |
|---|---|
| **Organization Name:** | Southron Firm, P.A. |
| **Address:** | 400 N Ashley Dr, |
| | Suite 1720 |
| | Tampa, Florida 33602 United States |

## Certification

          **Name:**  Joseph Southron
           **Date**:  October 20, 2025

    **Correspondence:**  Yes