Exhibit B

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

## TX 9-573-404

**Effective Date of Registration:**
March 03, 2026
**Registration Decision Date:**
April 08, 2026

## Title

**Title of Work:**   Urine Specimen Collection 2023 Edition

## Completion/Publication

**Year of Completion:**   2023
**Date of 1st Publication:**   January 23, 2023
**Nation of 1st Publication:**   United States

## Author

- **Author:**   Certified Training Solutions, LLC
  **Author Created:**   text
  **Work made for hire:**   Yes
  **Citizen of:**   United States

## Copyright Claimant

**Copyright Claimant:**   Certified Training Solutions LLC
222 41ST AVE NE, ST PETERSBURG, FL, 33703, United States

## Limitation of copyright claim

**Material excluded from this claim:**   text
**Previous registration and year:**   TX 9-544-174, 2014

**New material included in claim:**   text

## Rights and Permissions

**Organization Name:**   Southron Firm, P.A.
**Address:**   400 N Ashley Dr, Suite 1720
Tampa, Florida 33602 United States

Exhibit B

## Certification

**Name:** Joseph Southron
**Date:** February 04, 2026

**Correspondence:** Yes