## IMPORTANT NOTICE:

- This course is copyrighted and is meant for one person only (solely the person this individual course was purchased for).
- You may NOT copy, print, reuse, or distribute any part of this electronic course in any form.
- Copying or printing of our online course pages/course content is prohibited.
- You may print only the provided documents and forms provided within the online course, if applicable.
- Certified Training Solutions rigorously protects our copyrighted material and investigates suspected violations.

Unauthorized reproduction and/or use of this training course will result in legal action and prosecution under U.S. Copyright laws.

By continuing this course, YOU AGREE:

- To abide by all copyright laws, and
- To not copy (electronically or otherwise), save, re-use, distribute, or utilize this online training course for any other person(s).

Example: You may not copy or re-use this material to train others. You agree and understand that you must purchase an additional course for each person.