Question List

*Use the scroll-bar to the right to read and continue*

By continuing this training course, I understand and AGREE that I will not be qualified by Certified Training Solutions to teach Component 1 of Collector training under the Department of Transportation (DOT) Rules. (Component 1 is the Procedures training and Rules and Regulations training.)

 I understand and agree that I will be qualified to conduct the Proficiency Training ONLY with my trainees (hands-on training / Component 2).

I further AGREE that I will purchase a new and separate course for each and every specimen collector I train (at the Instructor-Discounted-Rate) from Certified Training Solutions.

I AGREE that I may train specimen collectors within my own facility, organization, or company ONLY.

I have read and agree to the Terms & Conditions listed on the previous page and repeated below:
-This course is copyrighted and is meant for one person only (solely the person this individual course was purchased for).
-You may NOT copy, print, reuse, or distribute any part of this electronic course in any form.
-Copying or printing of our online course pages/course content is prohibited.
-You may print only the provided documents and forms provided within the online course, if applicable.
-Certified Training Solutions rigorously protects our copyrighted material and investigates suspected violations.

Your Score: 0 of 10                                                        Question 1 of 1    **SUBMIT**



Question List

I have read and agree to the Terms & Conditions listed on the previous page and repeated below:
-This course is copyrighted and is meant for one person only (solely the person this individual course was purchased for).
-You may NOT copy, print, reuse, or distribute any part of this electronic course in any form.
-Copying or printing of our online course pages/course content is prohibited.
-You may print only the provided documents and forms provided within the online course, if applicable.
-Certified Training Solutions rigorously protects our copyrighted material and investigates suspected violations.
Unauthorized reproduction and/or use of this training course will result in legal action and prosecution under U.S. Copyright laws.
By continuing this course, YOU AGREE:
-To abide by all copyright laws, and
-To not copy (electronically or otherwise), save, re-use, distribute, or utilize this online training course for any other person(s).
-To purchase a new and individual training course for EACH person that you train.

Correct

I Agree.

Thank you. Your agreement is legally binding. Please remember your responsibilities.

I do NOT

Your Score: 10 of 10

Question 1 of 1    **VIEW RESULTS**