Question List

*Use the scroll-bar to the right to read and continue*

By continuing this training course, I understand and AGREE that I will not be qualified by Certified Training Solutions to teach Component 1 of Collector training under the Department of Transportation (DOT) Rules. (Component 1 is the Procedures training and Rules and Regulations training.)

I understand and agree that I will be qualified to conduct the Proficiency Training ONLY with my trainees (hands-on training / Component 2). I understand that I am not qualified, nor will I attempt to, teach component 1 (procedures training) to any other person.

I further AGREE that I will purchase a new and separate course for each and every specimen collector I train (at the Instructor-Discounted-Rate) from Certified Training Solutions LLC.

I AGREE that I may train specimen collectors within my own facility, organization, or company ONLY (i.e. my employees and my direct staff members). Training of outside persons or offering training services for a fee to others is strictly prohibited under our training program.

I have read and agree to the Terms & Conditions listed on the previous page and repeated below:

-This course is copyrighted and is meant for one person only (solely the person this individual course was purchased for). You may NOT copy, print, reuse, or distribute any part of this electronic course in any form. Copying or printing of our online course pages/course content is prohibited. You may print only the provided documents and forms provided within the online course, if applicable. Certified Training Solutions LLC rigorously protects our copyrighted material and investigates suspected violations. Unauthorized reproduction and/or use of this training course

Your Score: 0 of 10

Question 1 of 1

**SUBMIT**

 Question List

will result in legal action and prosecution under U.S. Copyright laws.
By continuing this course, YOU AGREE: To abide by all copyright laws, and to not copy (electronically or otherwise), save, re-use, distribute, or utilize this online training course for any other person(s). -To purchase a new and individual training course for EACH person that you train. By purchasing and completing any of Certified Training Solutions LLC's online and/or webcam or live Train-The-Trainer courses, you agree that you will train only staff/employees within your own company/clinic/facility.  In obtaining training/certification from Certified Training Solutions, you also agree that you will purchase a new and separate online course for each person that you train. You agree to pay Certified Training Solutions LLC the following remedy for breach of these terms:
1.     $100.00 for each BAT, STT, or Collector online procedures course that you did not purchase for each person you trained, and
2.     $400 for each person that you train outside of your own organization/company/facility as either a BAT, STT, or specimen collector.

If you do not agree, please exit now and contact us for a full refund. We strictly protect the terms of this agreement, including legal action for breaches of these terms.
If you breach these terms, you agree to pay all costs related to your breach including but not limited to: all attorney fees, legal fees, loss-of-revenue, above-stated fees for each person trained, and all additional court-ordered costs, fees, and judgments.

○  I Agree.

 Your Score: 0 of 10

Question 1 of 1     **SUBMIT**