**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Certified Training Solutions, LLC,

       Plaintiff

v.                                       Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

       Defendants.

_____/

**DEFENDANT CONVENIENTMD, LLC'S TIME-SENSITIVE MOTION
FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

In accordance with Federal Rule of Civil Procedure 6(b), Middle District of Florida Local Rule 3.01(e), Defendant ConvenientMD, LLC hereby moves for entry of an order granting ConvenientMD a 30-day extension of time through and including June 25, 2026, to respond to the Complaint. ConvenientMD makes this motion on a time-sensitive basis and seeks a ruling before May 26, 2026, which is ConvenientMD's current deadline to respond to the Complaint.

1.      Plaintiff filed this lawsuit on April 22, 2026 against ConvenientMD and 8 individual defendants.

2.      ConvenientMD believes that it was served via its registered agent on May 5, 2026. This would make the current deadline to respond to the Complaint

1

May 26, 2026, which is today. Accordingly, this Motion is being filed before the expiration of the original deadline.

3.     Good cause exists for the 30-day extension of time sought here because ConveneintMD needs additional time to evaluate the numerous claims asserted in the Complaint and prepare an appropriate response.

4.     The requested extension will not result in any meaningful delay in the case.

WHEREFORE, Defendant ConveneintMD, LLC, respectfully requests that this Court grant an extension of its deadline to respond to the Complaint to June 25, 2026.

### LOCAL RULE 3.01(g) CERTIFICATION

Counsel ConveneintMD attempted to confer with counsel for Plaintiff on May 25, 2026, via phone, but was not able to reach counsel for Plaintiff. Undersigned counsel will update this certificate once the conferral takes place.

Dated: May 26, 2206

Respectfully submitted,

*s/ Tori C. Simmons*
Dennis P. Waggoner (FBN 509426)
dennis.waggoner@hwhlaw.com
regina.bigness@hwhlaw.com
Tori C. Simmons (FBN 107081)
tori.simmons@hwhlaw.com
michelle.armstrong@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone:  813-221-3900
Facsimile:  813-221-2900

2

*Attorneys for Defendant*
*ConvenientMD, LLC*

3