**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

      Plaintiff

v.                                    Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

      Defendants.
_____/

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**
**OF CAMERON G. SHILLING**

Pursuant to Local Rule 2.01, Cameron G. Shilling moves for special admission, as counsel for Defendant ConvenientMD, LLC in this action.

1.      Mr. Shilling is not a Florida resident nor a member in good standing of The Florida Bar.

2.      Mr. Shilling is a member in good standing and has been admitted to practice in the United States Court of Appeals for the First Circuit, the United States District Court for the District of New Hampshire, and the New Hampshire Supreme Court.

3.      Mr. Shilling has not abused the privilege of special admission by maintaining a regular law practice in Florida. He has not appeared in the last thirty-six months in any cases in state or federal court in Florida.

4.      Mr. Shilling will comply with the federal rule and this Court's local rules.

5.      Mr. Shilling is familiar with 28 U.S.C. § 1927, which provides:

Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

6.      Mr. Shilling has paid the fee for special admission concurrently with the filing of this Motion.

7.      Once the Court approves the special admission of Mr. Shilling, he will promptly register with the Court's CM/ECF system.

8.      Mr. Shilling affirms the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

WHEREFORE, Cameron G. Shilling respectfully requests that this Court approve his special admission to act as counsel for ConvenientMD, LLC in this action.

Dated: May 29, 2026                     Respectfully submitted,

                                        s/ Cameron G. Shilling
                                        Cameron G. Shilling (NHBA 11363)
                                        Cameron.shilling@mclane.com
                                        MCLANE MIDDLETON, PA
                                        900 Elm St.

2

Manchester, NH 03101
603-628-1351

## **LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned certifies that on May 28, 2026, counsel for ConvenientMD conferred with counsel for Plaintiff via email regarding the relief requested herein. Counsel for Plaintiff does not oppose the relief requested.

<div style="margin-left:auto;">

*s/ Tori C. Simmons*
Dennis P. Waggoner (FBN 509426)
dennis.waggoner@hwhlaw.com
regina.bigness@hwhlaw.com
Tori C. Simmons (FBN 107081)
tori.simmons@hwhlaw.com
michelle.armstrong@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone:  813-221-3900
Facsimile:  813-221-2900
*Attorneys for Defendant*
*ConvenientMD, LLC*

</div>

3