## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Certified Training Solutions, LLC

      Plaintiff

v.                                   Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

      Defendants.

_____/

## DEFENDANT MARIE HALL'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

In accordance with Federal Rule of Civil Procedure 6(b) and Middle District of Florida Local Rule 3.01(e), Defendant Marie Hall hereby moves for entry of an order granting her a 13-day extension of time through and including June 25, 2026, to respond to the Complaint.

1.      Plaintiff filed this lawsuit on April 22, 2026. Hall was served on May 22, 2026, which makes her deadline to respond to the Complaint June 12, 2026. Accordingly, this Motion is being filed before the expiration of the original deadline.

2.      Good cause exists for the 30-day extension of time sought here because Hall needs additional time to evaluate the numerous claims asserted in the Complaint and prepare an appropriate response.

3.    The requested extension will not result in any meaningful delay in the case.

WHEREFORE, Defendant Marie Hall respectfully requests that this Court grant an extension of its deadline to respond to the Complaint to June 25, 2026.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel Hall has conferred with counsel for Plaintiff, and Plaintiff does not oppose the relief requested in this Motion.

Dated: June 2, 2206                 Respectfully submitted,

                                    *s/ Tori C. Simmons*
                                    Dennis P. Waggoner (FBN 509426)
                                    dennis.waggoner@hwhlaw.com
                                    regina.bigness@hwhlaw.com
                                    Tori C. Simmons (FBN 107081)
                                    tori.simmons@hwhlaw.com
                                    michelle.armstrong@hwhlaw.com
                                    HILL, WARD & HENDERSON, P.A.
                                    101 E Kennedy Boulevard, Suite 3700
                                    Tampa, FL 33602
                                    Telephone:  813-221-3900
                                    Facsimile:  813-221-2900
                                    Attorneys for Defendants
                                    ConvenientMD, LLC and Marie Hall

2