## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Certified Training Solutions, LLC

       Plaintiff

v.                                                                    Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

       Defendants.

_____/

### ConvenientMD, LLC's Disclosure Statement (Civil) Under Rule 7.1, Federal Rules of Civil Procedure, and Local Rule 3.03

Recusal Information

**If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.**

    None.

**Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.**

    None.

**Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.**

    None.

1

**If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.**

Not applicable.

**Identify any entity or natural person not already disclosed and likely to actively participate in this action.**

None.

**Identify any conflict of interest affecting the district judge or the magistrate judge in this action.**

None.

Citizenship Information

**If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.**

Not applicable.

**If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.**

Not applicable.

## **Certificate**

The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.

Respectfully submitted,

*s/ Cameron G. Shilling*
Cameron G. Shilling (NHBA 11363)
Cameron.shilling@mclane.com
MCLANE MIDDLETON, PA
900 Elm St.
Manchester, NH 03101
603-628-1351
*Lead Counsel for Defendant*
*ConvenientMD, LLC*


Dennis P. Waggoner (FBN 509426)
dennis.waggoner@hwhlaw.com
regina.bigness@hwhlaw.com
Tori C. Simmons (FBN 107081)
tori.simmons@hwhlaw.com
michelle.armstrong@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone:  813-221-3900
Facsimile:  813-221-2900
*Attorneys for Defendant*
*ConvenientMD, LLC*

3