## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Certified Training Solutions, LLC

      Plaintiff

v.

                                 Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

      Defendants.

_____/

## DEFENDANT'S NOTICE OF LEAD COUNSEL DESIGNATION

Defendant, ConvenientMD, LLC, pursuant to Local Rule 2.02(a), designates

**Cameron G. Shilling** of McLane Middleton, PA as its lead counsel.

Dated: June 8, 2026          Respectfully submitted,

                                *s/ Cameron G. Shilling*
                                Cameron G. Shilling (NHBA 11363)
                                Cameron.shilling@mclane.com
                                MCLANE MIDDLETON, PA
                                900 Elm St.
                                Manchester, NH 03101
                                603-628-1351
                                *Lead Counsel for Defendant*
                                *ConvenientMD, LLC*

Dennis P. Waggoner (FBN 509426)
dennis.waggoner@hwhlaw.com
regina.bigness@hwhlaw.com
Tori C. Simmons (FBN 107081)
tori.simmons@hwhlaw.com
michelle.armstrong@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone:  813-221-3900
Facsimile:  813-221-2900
*Attorneys for Defendant ConvenientMD, LLC*

2

22611126v1