**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

       Plaintiff

v.                                Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

       Defendants.

_____/

**DEFENDANTS' TIME-SENSITIVE MOTION FOR LEAVE**
**TO FILE A MOTION OF MORE THAN TWENTY-FIVE PAGES**

In accordance with Middle District of Florida Local Rules 3.01(b) and 3.01(f), Defendants ConvenientMD, LLC and Marie Hall respectfully request leave to file a joint responsive motion to Plaintiff's Complaint that exceeds the 25-page limit. Defendants seek 5 additional pages, for a total of 30 pages. Defendants make this motion on a time-sensitive basis and seek a ruling on or before June 23, 2026, which is 2 days prior to Defendants' current deadline of June 25, 2026 to respond to Plaintiff's Complaint. This will allow Defendants sufficient time to make the necessary edits to their draft motion to ensure that it complies with the applicable page limit.

1.      Plaintiff's Complaint asserts multiple counts against Defendants—a non-resident individual and a non-resident limited liability company.

2.     In response to the Complaint, Defendants intend to file a motion under Federal Rule of Civil Procedure 12 seeking to dismiss and/or strike Plaintiffs' claims and damages for a variety of reasons, including pleading deficiencies and lack of personal jurisdiction. The motion will also include a request to transfer the case based on forum non conveniens.

3.     The personal jurisdiction and forum arguments involve multi-factor tests that are heavily fact-dependent and will require the introduction and explanation of evidence.

4.     Defendants intend to file a joint motion to avoid duplication of briefing on common issues and reduce the overall number of pages filed on their behalf. However, addressing these fact-intensive issues for both Defendants increases the number of pages necessary for the joint motion.

5.     Courts in the Middle District have allowed filings in excess of the page limits where the request is reasonable. *See Arval Service Lease S.A. v. Clifton*, 2014 12615698, at *2 (M.D. Fla. Oct. 2, 2014) (allowing additional pages where it was "not unreasaonble under the circumstances"); *Bruggemann v. Amacore Group, Inc.*, 2011 WL 1899251, *2 (M.D. Fla. Apr. 1, 2011) (noting that the court "routinely grant[s] requests for leave to file motions exceeding the page limit because most are reasonable").

6.     Given that Defendants intend to file a joint motion addressing multiple counts and raising fact-intensive evidentiary issues such as personal

2

jurisdiction and venue, Defendants' request to exceed the page limit by 5 pages is reasonable.

WHEREFORE, Defendants ConvenientMD, LLC and Marie Hall respectfully requests the Court to enter an Order granting this motion and allowing them to file a joint responsive motion to Plaintiff's Complaint that does not exceed 30 pages.

### Local Rule 3.01(g) Certification

Defendants' counsel attempted to confer with counsel for Plaintiff on June 22, 2026, via phone and email, but was not able to reach counsel for Plaintiff. Undersigned counsel will update this certificate once the conferral takes place.

Dated: June 22, 2026                    Respectfully submitted,

*s/ Tori C. Simmons*
Dennis P. Waggoner (FBN 509426)
dennis.waggoner@hwhlaw.com
regina.bigness@hwhlaw.com
Tori C. Simmons (FBN 107081)
tori.simmons@hwhlaw.com
michelle.armstrong@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone:  813-221-3900
Facsimile:  813-221-2900
*Attorneys for Defendant*
*ConvenientMD, LLC*

3