# Exhibit B

Declaration of Celina Frost

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

       Plaintiff

v.                                                                      Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

       Defendants.

_____/

## DECLARATION OF CELINA FROST

I, Celina Frost, do hereby declare and state as follows:

1.      I make the statements in this Declaration based on personal knowledge.

2.      I submit this Affidavit in support of Defendants ConvenientMD, LLC and Marie Hall's Motion to Dismiss and/or Strike or Transfer Venue.

3.      I have been employed with ConvenientMD, LLC ("ConvenientMD") since June 2015. From January 2023 through the present, my position has been Director of Compliance and Radiology.

4.      ConvenientMD's headquarters is located in Portsmouth, New Hampshire. Since I joined the company in June 2015, ConvenientMD's headquarters has at all times been located in Portsmouth, New Hampshire.

**1** of **4**

5. ConvenientMD currently has operations in New Hampshire, Massachusetts, and Maine.

6. Defendants Caitlin Morse, Melody Barry, and Diana Tereshchuk are current employees of ConvenientMD. Each of these employees live within commuting distance of ConvenientMD's operations in New Hampshire, Massachusetts, or Maine.

7. Defendants Marie Hall, Diane Willey, Derek Nelson, Katelyn Dalton, and Victoria Cline are former employees of ConvenientMD. At the time that these former employees worked for ConvenientMD, they each lived within commuting distance of ConvenientMD's operations in New Hampshire, Massachusetts, or Maine.

8. To the extent that ConvenientMD employees participated in training using the Certified Training Solutions, LLC ("CTS") "Train-the-Trainer" course, they did so from ConvenientMD's facilities in New Hampshire, Massachusetts, or Maine, or from their homes nearby to ConvenientMD's facilities.

9. From time to time, ConvenientMD provided urine drug screening certification classes to its employees. These classes were offered in-person, at ConvenientMD's headquarters in Portsmouth, New Hampshire, or select other ConvenientMD facilities in New Hampshire, Massachusetts, or Maine.

10. The instructors for the ConvenientMD-provided urine drug screening certification classes were ConvenientMD employees. All such instructors lived within commuting distance of ConvenientMD's operations in New Hampshire,

Massachusetts, or Maine, and within driving distance of ConvenientMD's headquarters in Portsmouth, New Hampshire.

11.     All ConvenientMD employees who participated in training using the CTS "Train-the-Trainer" course lived within commuting distance of ConvenientMD's operations in New Hampshire, Massachusetts, or Maine at the time.

12.     All ConvenientMD employees who participated in ConvenientMD-provided urine drug screening certification classes lived within commuting distance of ConvenientMD's operations in New Hampshire, Massachusetts, or Maine at the time.

13.     To the extent that ConvenientMD possesses documentation concerning its past and present employees' use of the CTS "Train-the-Trainer" course, that documentation would be located at ConvenientMD's headquarters in Portsmouth, New Hampshire.

14.     To the extent that ConvenientMD possesses documentation concerning the urine drug screening certification classes offered to employees, that documentation would be located at ConvenientMD's headquarters in Portsmouth, New Hampshire.

15.     ConvenientMD does not conduct business in the State of Florida.

16.     Since I joined ConvenientMD in June 2015, ConvenientMD has never operated or conducted business in the State of Florida. To the best of my

**3** of **4**

knowledge, at no time prior to June 2015 did ConvenientMD ever operate or conduct business in the State of Florida.

17.    ConvenientMD does not advertise in the State of Florida, nor does it solicit business from residents in the State of Florida.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2026.**

_____

Celina Frost

137110\31233879.v1