# Exhibit C

Declaration of Aaron Fenton, *Esq*.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Certified Training Solutions, LLC

      Plaintiff

v.                                                                    Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

      Defendants.

_____/

### <u>DECLARATION OF AARON R. FENTON, *ESQ.*</u>

I, Aaron R. Fenton, *Esq.*, hereby declare and state as follows:

1. I make the statements in this Declaration based on personal knowledge.

2. I submit this Affidavit in support of Defendants ConvenientMD, LLC and Marie Hall's Motion to Dismiss and/or Strike or Transfer Venue.

3. I am an attorney at the law firm McLane Middleton, Professional Association, located at 900 Elm Street, Manchester, New Hampshire.

4. On June 22, 2026, I performed a series of searches using the "WaybackMachine" website (https://web.archive.org/). To the best of my understanding, WaybackMachine is a service that periodically saves copies of webpages across the internet, thereby memorializing the content of the webpage with a saved time-stamped copy.

5.      Specifically, on June 22, 2026, I performed a series of searches for the "Contact Us" page on the Certified Training Solutions, LLC ("CTS") website (http://www.certifiedtrainingsolutions.com:80/contact-us.html).      Using     the WaybackMachine interface:

a.      I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on January 30, 2014. To the best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on January 30, 2014. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit C1.

b.      I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on May 28, 2014. To the best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on May 28, 2014. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit C2.

c.      I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on April 17, 2016. To the best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on

April 17, 2016. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit C3.

6.      On June 25, 2026, I accessed the current "Contact Us" page hosted on CTS's website (https://www.certifiedtrainingsolutions.com/contact-us). I downloaded a copy of this webpage using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit C4.

7.      On June 23, 2026, through the Florida Secretary of State's website, I accessed and downloaded a copy of the Electronic Articles of Organization for Florida Limited Liability Company for CTS (filed January 14, 2021). A true copy of that document is attached as Exhibit C5.

8.      On June 23, 2026, through the Florida Secretary of State's website, I accessed and downloaded a copy of the 2026 Florida Limited Liability Company Annual Report for CTS (filed January 16, 2026). A true copy of that document is attached hereto as Exhibit C6.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2026.**

Aaron R. Fenton
Aaron.Fenton@mclane.com
MCLANE MIDDLETON, PA
900 Elm Street
Manchester, NH 03101

**4** of **4**

137110\31233876.v1