# Exhibit C1

The Wayback Machine - https://web.archive.org/web/20140130054203/http://www.certifiedtrainingsolutions.com:80/contact-us.html

# CERTIFIED TRAINING SOLUTIONS

- Home
- Reasonable Suspicion Training
- FRA Post Accident Training
- Designated Employer Representative
- DOT Specimen Collector Training
- DOT Specimen Collector Train The Trainer
- DOT Specimen Collector Classes
- DOT Drug and Alcohol Testing Regulations Training
- Drug Free Workplace Training
- Bloodborne Pathogens Training
- Corporate Training Solutions
- Real Estate Continuing Education
- Certified Training Solutions Blog
- Certified Training Solutions Newsletter
- Contact Us
- Course Demo (YouTube)
- DOT Random Testing Rates
- Returning Students -- Click Here to login

**213-308-7630**            | Search |

## CONTACT US

**Name** *

|  |  |
First  Last

**Email** *

**Phone Number**

| | - | | - | |

**Address**

Line 1

Line 2

| City | | State |

| Zip Code | | Country |

**Comment** *

Submit

The Wayback Machine - https://web.archive.org/web/20140130054203/http://www.certifiedtrainingsolutions.com:80/contact-us.html

Case 8:26-cv-01156-CEH-CPT Contact Form Certified Training Solutions - CERTIFIED TRAINING SOLUTIONS Document 20-4    Filed 06/25/26    Page 3 of 3 PageID 196

Certified Training Solutions
2885 Sanford Ave. SW Suite 22619
Grandville, MI 49418
Ph. 213-308-7630

Certified Training Solutions/CertifiedTrainingSolutions.com 2011-2014 All Rights Reserved.
This Material May Not be Copied or Reproduced In Part or Whole.

Certified Training Solutions
2885 Sanford Ave. SW Suite 22619
Grandville, MI 49418