# Exhibit C2

The Wayback Machine https://web.archive.org/web/20140528095841/http://www.certifiedtrainingsolutions.com/contact-us.html

# CERTIFIED TRAINING SOLUTIONS

(/web/20140528095841/http://www.certifiedtrainingsolutions.com/)

- Home (/web/20140528095841/http://www.certifiedtrainingsolutions.com/)
- Reasonable Suspicion Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/reasonable-suspicion-training.html)
- Reasonable Suspicion Training for General Industry (/web/20140528095841/http://www.certifiedtrainingsolutions.com/reasonable-suspicion-training-for-general-industry.html)
- FRA Post Accident Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/fra-post-accident-training.html)
- Designated Employer Representative (/web/20140528095841/http://www.certifiedtrainingsolutions.com/designated-employer-representative.html)
- DOT Specimen Collector Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-training.html)
- DOT Specimen Collector Train The Trainer (/web/20140528095841/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-train-the-trainer.html)
- DOT Specimen Collector Classes (/web/20140528095841/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-classes.html)
- Breath Alcohol Technician (BAT) Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/breath-alcohol-technician-bat-training.html)
- Breath Alcohol Technician Training (BAT) Classes (/web/20140528095841/http://www.certifiedtrainingsolutions.com/breath-alcohol-technician-training-bat-classes.html)
- Screening Test Technician (STT) Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/screening-test-technician-stt-training.html)
- DOT Drug and Alcohol Testing Regulations Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/dot-drug-and-alcohol-testing-regulations-training.html)
- Drug Free Workplace Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/drug-free-workplace-training.html)
- Bloodborne Pathogens Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/bloodborne-pathogens-training.html)
- Corporate Training Solutions (/web/20140528095841/http://www.certifiedtrainingsolutions.com/corporate-training-solutions.html)
- Real Estate Continuing Education (/web/20140528095841/http://www.certifiedtrainingsolutions.com/real-estate-continuing-education.html)
- Certified Training Solutions Blog (/web/20140528095841/http://www.certifiedtrainingsolutions.com/certified-training-solutions-blog.html)
- Certified Training Solutions Newsletter (/web/20140528095841/http://www.certifiedtrainingsolutions.com/certified-training-solutions-newsletter.html)
- Contact Us (/web/20140528095841/http://www.certifiedtrainingsolutions.com/contact-us.html)
- DOT Random Testing Rates (/web/20140528095841/http://www.certifiedtrainingsolutions.com/dot-random-testing-rates.html)
- Returning Students -- Click Here to login (https://web.archive.org/web/20140528095841/http://certifiedtrainingsolutions.learnupon.com/users/sign_in)

**Please call: 307-640-5859 or 213-308-7630**

(https://web.archive.org/web/20140528095841/http://www.facebook.com/CertifiedTrainingSolutions)

# CONTACT US

**Name** *

First         Last

**Email** *

**Phone Number**

___-___-___

**Address**

Line 1

Line 2

City          State

Zip Code      Country

**Comment** *

Submit

Certified Training Solutions
757 Emory Street, Suite 120
Imperial Beach, CA 91932

Ph. 307-640-5859 or

(https://web.archive.org/web/2012033925845/http://www.facebook.com/CertifiedTrainingSol

Certified Training Solutions/CertifiedTrainingSolutions.com 2011-2014 All Rights Reserved.
This Material May Not be Copied or Reproduced In Part or Whole.