# Exhibit C3

The Wayback Machine - https://web.archive.org/web/20160417174525/http://www.certifiedtrainingsolutions.com:80/contact-us.html

# CERTIFIED TRAINING SOLUTIONS (/web/20160417174525/http://www.certifiedtrainingsolutions.com/)

- Home (/web/20160417174525/http://www.certifiedtrainingsolutions.com/)
- Reasonable Suspicion Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/reasonable-suspicion-training.html)
- Reasonable Suspicion Training for General Industry (/web/20160417174525/http://www.certifiedtrainingsolutions.com/reasonable-suspicion-training-for-general-industry.html)
- BREATH ALCOHOL TESTING INSTRUMENTS (/web/20160417174525/http://www.certifiedtrainingsolutions.com/breath-alcohol-testing-instruments.html)
- Drug and Alcohol Testing Supplies (/web/20160417174525/http://www.certifiedtrainingsolutions.com/drug-and-alcohol-testing-supplies.html)
- Designated Employer Representative (/web/20160417174525/http://www.certifiedtrainingsolutions.com/designated-employer-representative.html)
- DOT Specimen Collector Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-training.html)
- DOT Specimen Collector Train The Trainer (/web/20160417174525/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-train-the-trainer.html)
- DOT Specimen Collector Classes (/web/20160417174525/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-classes.html)
- Breath Alcohol Technician (BAT) Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/breath-alcohol-technician-bat-training.html)
- Breath Alcohol Technician Training (BAT) Classes (/web/20160417174525/http://www.certifiedtrainingsolutions.com/breath-alcohol-technician-training-bat-classes.html)
- Screening Test Technician (STT) Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/screening-test-technician-stt-training.html)
- Screening Test Technician Classes (/web/20160417174525/http://www.certifiedtrainingsolutions.com/screening-test-technician-classes.html)
- FRA Post Accident Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/fra-post-accident-training.html)
- How To Start A Drug And Alcohol Testing Business (/web/20160417174525/http://www.certifiedtrainingsolutions.com/how-to-start-a-drug-and-alcohol-testing-business.html)
- Drug Free Workplace Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/drug-free-workplace-training.html)
- DOT Drug and Alcohol Testing Regulations Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/dot-drug-and-alcohol-testing-regulations-training.html)
- Bloodborne Pathogens Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/bloodborne-pathogens-training.html)
- Corporate Training Solutions (/web/20160417174525/http://www.certifiedtrainingsolutions.com/corporate-training-solutions.html)
- Real Estate Continuing Education (/web/20160417174525/http://www.certifiedtrainingsolutions.com/real-estate-continuing-education.html)
- Certified Training Solutions Newsletter (/web/20160417174525/http://www.certifiedtrainingsolutions.com/certified-training-solutions-newsletter.html)
- Contact Us (/web/20160417174525/http://www.certifiedtrainingsolutions.com/contact-us.html)
- Donate | St Paco's Place Animal Rescue (/web/20160417174525/http://www.certifiedtrainingsolutions.com/donate--st-pacos-place-animal-rescue.html)
- Certified Training Solutions Blog (/web/20160417174525/http://www.certifiedtrainingsolutions.com/certified-training-solutions-blog.html)
- DOT Random Testing Rates (/web/20160417174525/http://www.certifiedtrainingsolutions.com/dot-random-testing-rates.html)
- Estudiantes que regresaban, haga clic aquí para iniciar sesión (https://web.archive.org/web/20160417174525/https://certifiedtrainingsolutionsenespanol.learnupon.com/users/sign_in)
- Enter Bulk Purchase Code Verification (https://web.archive.org/web/20160417174525/http://elearning.certifiedtrainingsolutions.com/bulk_code_verification)
- Returning Students -- Click Here to login (https://web.archive.org/web/20160417174525/https://certifiedtrainingsolutions.learnupon.com/users/sign_in)

**Call (213) 308-7630 or (307) 640-5859**
**Call Toll Free (888) 684-1658**

# CONTACT US

**Name \***

First      Last

**Email \***

**Phone Number**

**Address**

Line 1

Line 2

City      State

Zip Code      Country

**Comment \***

Submit

Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

Ph.
Toll Free (888) 684-1658
(213) 308-7630
(307) 640-5859

Payment Mailing Address:
Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

Sitemap
(/web/20160417174525/http://www.certifiedtrainingsolutions.com/sitemap.html)



Certified Training Solutions/CertifiedTrainingSolutions.com 2011-2015 All Rights Reserved.
This Material May Not be Copied or Reproduced In Part or Whole.