# Exhibit C4



# Certified Training Solutions

Contact
Us

Login To Your
Training



**Customer Support Hours**
- Live Phone Support: Monday – Friday, 9:00 AM – 5:00 PM ET
- AI Digital Assistant: Available 24/7 for instant answers.
- After-Hours & Email Support: Reach us at admin@certifiedtrainingsolutions.com
  - Average response time: 30 minutes.

[Phone: (888) 684-1658](tel:8886841658)

Home

DOT Urine Specimen Collector Training

Register - Urine Collector Webcam

Urine Collector Train-The-Trainer

Reasonable Suspicion Training (DOT)

Reasonable Suspicion (NON-DOT)

Designated Employer Representative (DER)

Lifeloc Breath Testing Devices

Breath Alcohol Technician (BAT) Training

Register - BAT Proficiency Webcam

Screening Test Technician Training

Ohio DFWP (SUPR) Training

Drug-Free Workplace Training

Tennessee Drug Free Workplace Courses

Oral Fluid Specimen Collector Training

Register - Oral Fluid Collector Webcam

How To Start A Testing Business

DOT Testing Regulations

FRA Post-Accident Courses

FTA Post-Accident Training (Transit)

FMCSA Post-Accident Course

Corporate Training Solutions

Donate - Animal Rescue

Contact Us

Request A Group Discount

Terms and Conditions & Refund Policy

Newsletter

Blog

# Contact Us

We'd love to hear from you! Please fill out this form and we'll get back to you as soon as possible.

First name *

Enter your first name

Last name *

Enter your last name

Email *

Enter your email

Company name

Enter a company name

Type of Inquiry *

◯ General Question

◯ Product Information

◯ Support Request

◯ Training

◯ Other

Subject *

Brief description of your inquiry

Message *

Please provide details about your inquiry

Please provide as much detail as possible to help us respond effectively to your inquiry.

Submit

We're here to help you stay compliant and make training easy.

PHONE

(888) 684-1658

EMAIL

admin@certifiedtrainingsolutions.com

TYPICAL RESPONSE

Within one business day



**Customer Support Hours**
- Live Phone Support: Monday – Friday, 9:00 AM – 5:00 PM Eastern Time
- AI Digital Assistant: Available 24/7 for instant answers.
- After-Hours & Email Support: Reach us at admin@certifiedtrainingsolutions.com
  - Average response time: 30 minutes.

**Certified Training Solutions, LLC**
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922
Call Us: (307) 640-5859
Email: admin@certifiedtrainingsolutions.com

  


**Certified Training Solutions, LLC. / CertifiedTrainingSolutions.com 2011-2026 All Rights Reserved**.
This Material May Not be Copied or Reproduced In Part or Whole.
Terms and Conditions and Refund Policy apply for all purchases.

Disclaimer:
We strive to provide accurate and reliable information on CertifiedTrainingSolutions.com. However, we cannot guarantee that all content fully complies with every regulation or requirement. It is your responsibility to verify information and ensure that your organization meets all applicable federal, state, and local rules.


Open
Googl