# Exhibit C6

**2026 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L21000030838

**FILED
Jan 16, 2026
Secretary of State
8178155161CC**

**Entity Name:** CERTIFIED TRAINING SOLUTIONS, LLC

**Current Principal  Place of Business:**

222 41ST AVE NE
ST PETERSBURG,  FL  33703

**Current Mailing Address:**

2042 TOWN CENTER BLVD.
SUITE 120
KNOXVILLE,  TN  37922  US

**FEI Number: 86-1987105**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BRADLEY, LISA
222 41ST AVE NE
ST PETERSBURG, FL  33703  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE:

Electronic Signature of Registered Agent                                         Date

**Authorized Person(s) Detail :**

| | | | |
|---|---|---|---|
| Title | PRESIDENT | Title | CFO |
| Name | BRADLEY, LISA | Name | VANZUTPHEN, PHOENIX C |
| Address | 2042 TOWN CENTER BLVD. SUITE 120 | Address | 2042 TOWN CENTER BLVD. BOX 120 |
| City-State-Zip: | KNOXVILLE  TN  37922 | City-State-Zip: | KNOXVILLE  TN  37922 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: LISA BRADLEY                         PRESIDENT                      01/16/2026

Electronic Signature of Signing Authorized Person(s) Detail                              Date