# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

**Registration Number**

**TX 9-573-404**

**Effective Date of Registration:**
March 03, 2026
**Registration Decision Date:**
April 08, 2026

## Title

| | |
|---|---|
| **Title of Work:** | Urine Specimen Collection 2023 Edition |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2023 |
| **Date of 1st Publication:** | January 23, 2023 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Certified Training Solutions, LLC |
| **Author Created:** | text |
| **Work made for hire:** | Yes |
| **Citizen of:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Certified Training Solutions LLC |
| | 222 41ST AVE NE, ST PETERSBURG, FL, 33703, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | text |
| **Previous registration and year:** | TX 9-544-174, 2014 |
| **New material included in claim:** | text |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Southron Firm, P.A. |
| **Address:** | 400 N Ashley Dr, Suite 1720 |
| | Tampa, Florida 33602 United States |

## Certification

**Name:** Joseph Southron
**Date:** February 04, 2026

**Correspondence:** Yes