# Exhibit A

Declaration of Marie Hall

**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

Certified Training Solutions, LLC

      Plaintiff

v.                           Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

      Defendants.
_____/

**DECLARATION OF MARIE HALL**

I, Marie Hall, do hereby declare and state as follows:

1.    I make the statements in this Declaration based on personal knowledge.

2.    I submit this Affidavit in support of Defendants ConvenientMD, LLC and Marie Hall's Motion to Dismiss and/or Strike or Transfer Venue.

3.    I reside in Portsmouth, New Hampshire.

4.    I was employed by ConvenientMD, LLC ("ConvenientMD") from May 2018 through July 2025. During that period, I also resided in Portsmouth, New Hampshire.

5.    From approximately August 2020 to July 2025, I was primarily assigned to ConvenientMD's headquarters location in Portsmouth, New Hampshire.

1 of 2

6.    When I initially registered for the Certified Training Solutions, LLC ("CTS") "Train-the-Trainer" course, I did so while located in Portsmouth, New Hampshire.

7.    Each time that I accessed the CTS "Train-the-Trainer" course, I did so either from ConvenientMD's headquarters in Portsmouth, New Hampshire; from my home in Portsmouth, New Hampshire; or from one of ConvenientMD's facilities in New Hampshire, Massachusetts, or Maine.

8.    From time to time, I was the instructor for urine drug screening certification classes that were provided to ConvenientMD employees. On such occasions, I provided instruction from ConvenientMD's facilities in New Hampshire, Massachusetts, or Maine.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on June 25, 2026.**

Marie Hall

2 of 2

137110\31233778.v1