# Exhibit C

Declaration of Aaron Fenton, *Esq*.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

Certified Training Solutions, LLC

       Plaintiff

v.                                  Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

       Defendants.

_____/

### DECLARATION OF AARON R. FENTON, *ESQ.*

I, Aaron R. Fenton, *Esq.*, hereby declare and state as follows:

1.      I make the statements in this Declaration based on personal knowledge.

2.      I submit this Affidavit in support of Defendants ConvenientMD, LLC and Marie Hall's Motion to Dismiss and/or Strike or Transfer Venue.

3.      I am an attorney at the law firm McLane Middleton, Professional Association, located at 900 Elm Street, Manchester, New Hampshire.

4.      On June 22, 2026, I performed a series of searches using the "WaybackMachine" website (https://web.archive.org/). To the best of my understanding, WaybackMachine is a service that periodically saves copies of webpages across the internet, thereby memorializing the content of the webpage with a saved time-stamped copy.

**1** of **4**

5.      Specifically, on June 22, 2026, I performed a series of searches for the "Contact Us" page on the Certified Training Solutions, LLC ("CTS") website (http://www.certifiedtrainingsolutions.com:80/contact-us.html).    Using    the WaybackMachine interface:

a.      I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on January 30, 2014. To the best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on January 30, 2014. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit C1.

b.      I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on May 28, 2014. To the best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on May 28, 2014. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit C2.

c.      I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on April 17, 2016. To the best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on

April 17, 2016. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit C3.

6.     On July 30, 2026, I accessed the current "Contact Us" page hosted on CTS's website (https://www.certifiedtrainingsolutions.com/contact-us). I downloaded a copy of this webpage using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit C4.

7.     On June 23, 2026, through the Florida Secretary of State's website, I accessed and downloaded a copy of the 2026 Florida Limited Liability Company Annual Report for CTS (filed January 16, 2026). A true copy of that document is attached hereto as Exhibit C5.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on July 30, 2026.**

Aaron R. Fenton
Aaron.Fenton@mclane.com
MCLANE MIDDLETON, PA
900 Elm Street
Manchester, NH 03101

**4** of **4**

137110\31394519.v1

# Exhibit C1

Case 8:26-cv-01156-CEH-CPT    Document 28-3    Filed 07/30/26    Page 7 of 19 PageID 355

The Wayback Machine - https://web.archive.org/web/20140130054203/http://www.certifiedtrainingsolutions.com:80/contact-us.html

# CERTIFIED TRAINING SOLUTIONS

- [Home](#)
- [Reasonable Suspicion Training](#)
- [FRA Post Accident Training](#)
- [Designated Employer Representative](#)
- [DOT Specimen Collector Training](#)
- [DOT Specimen Collector Train The Trainer](#)
- [DOT Specimen Collector Classes](#)
- [DOT Drug and Alcohol Testing Regulations Training](#)
- [Drug Free Workplace Training](#)
- [Bloodborne Pathogens Training](#)
- [Corporate Training Solutions](#)
- [Real Estate Continuing Education](#)
- [Certified Training Solutions Blog](#)
- [Certified Training Solutions Newsletter](#)
- [Contact Us](#)
- [Course Demo (YouTube)](#)
- [DOT Random Testing Rates](#)
- [Returning Students -- Click Here to login](#)

**213-308-7630**          Search

## CONTACT US

**Name** *

First          Last

**Email** *

**Phone Number**

- -

**Address**

Line 1

Line 2

City          State

Zip Code          Country

**Comment** *

Submit

Certified Training Solutions
2885 Sanford Ave. SW Suite 22619
Grandville, MI 49418
Ph. 213-308-7630

Certified Training Solutions/CertifiedTrainingSolutions.com 2011-2014 All Rights Reserved.
This Material May Not be Copied or Reproduced In Part or Whole.

# Exhibit C2

# CERTIFIED TRAINING SOLUTIONS
(/web/20140528095841/http://www.certifiedtrainingsolutions.com/)

- Home (/web/20140528095841/http://www.certifiedtrainingsolutions.com/)
- Reasonable Suspicion Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/reasonable-suspicion-training.html)
- Reasonable Suspicion Training for General Industry (/web/20140528095841/http://www.certifiedtrainingsolutions.com/reasonable-suspicion-training-for-general-industry.html)
- FRA Post Accident Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/fra-post-accident-training.html)
- Designated Employer Representative (/web/20140528095841/http://www.certifiedtrainingsolutions.com/designated-employer-representative.html)
- DOT Specimen Collector Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-training.html)
- DOT Specimen Collector Train The Trainer (/web/20140528095841/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-train-the-trainer.html)
- DOT Specimen Collector Classes (/web/20140528095841/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-classes.html)
- Breath Alcohol Technician (BAT) Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/breath-alcohol-technician-bat-training.html)
- Breath Alcohol Technician Training (BAT) Classes (/web/20140528095841/http://www.certifiedtrainingsolutions.com/breath-alcohol-technician-training-bat-classes.html)
- Screening Test Technician (STT) Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/screening-test-technician-stt-training.html)
- DOT Drug and Alcohol Testing Regulations Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/dot-drug-and-alcohol-testing-regulations-training.html)
- Drug Free Workplace Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/drug-free-workplace-training.html)
- Bloodborne Pathogens Training (/web/20140528095841/http://www.certifiedtrainingsolutions.com/bloodborne-pathogens-training.html)
- Corporate Training Solutions (/web/20140528095841/http://www.certifiedtrainingsolutions.com/corporate-training-solutions.html)
- Real Estate Continuing Education (/web/20140528095841/http://www.certifiedtrainingsolutions.com/real-estate-continuing-education.html)
- Certified Training Solutions Blog (/web/20140528095841/http://www.certifiedtrainingsolutions.com/certified-training-solutions-blog.html)
- Certified Training Solutions Newsletter (/web/20140528095841/http://www.certifiedtrainingsolutions.com/certified-training-solutions-newsletter.html)
- Contact Us (/web/20140528095841/http://www.certifiedtrainingsolutions.com/contact-us.html)
- DOT Random Testing Rates (/web/20140528095841/http://www.certifiedtrainingsolutions.com/dot-random-testing-rates.html)
- Returning Students -- Click Here to login (https://web.archive.org/web/20140528095841/http://certifiedtrainingsolutions.learnupon.com/users/sign_in)

**Please call: 307-640-5859 or 213-308-7630**

(https://web.archive.org/web/20140528095841/http://www.facebook.com/CertifiedTrainingSolutions)

## CONTACT US

**Name** *

First          Last

**Email** *

**Phone Number**

[ ] - [ ] - [ ]

**Address**

Line 1

Line 2

City          State

Zip Code          Country

**Comment** *

Submit

Certified Training Solutions
757 Emory Street, Suite 120
Imperial Beach, CA 91932

Ph. 307-640-5859 or

(https://web.archive.org/web/20140205259534/https://www.facebook.com/CertifiedTrainingSol

Certified Training Solutions/CertifiedTrainingSolutions.com 2011-2014 All Rights Reserved.
This Material May Not be Copied or Reproduced In Part or Whole.

(https://web.archive.org/web/20140205259534/https://www.facebook.com/CertifiedTrainingSol

# Exhibit C3

The Wayback Machine - https://web.archive.org/web/20160417174525/http://www.certifiedtrainingsolutions.com:80/contact-us.html

# CERTIFIED TRAINING SOLUTIONS (/web/20160417174525/http://www.certifiedtrainingsolutions.com/)

- Home (/web/20160417174525/http://www.certifiedtrainingsolutions.com/)
- Reasonable Suspicion Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/reasonable-suspicion-training.html)
- Reasonable Suspicion Training for General Industry (/web/20160417174525/http://www.certifiedtrainingsolutions.com/reasonable-suspicion-training-for-general-industry.html)
- BREATH ALCOHOL TESTING INSTRUMENTS (/web/20160417174525/http://www.certifiedtrainingsolutions.com/breath-alcohol-testing-instruments.html)
- Drug and Alcohol Testing Supplies (/web/20160417174525/http://www.certifiedtrainingsolutions.com/drug-and-alcohol-testing-supplies.html)
- Designated Employer Representative (/web/20160417174525/http://www.certifiedtrainingsolutions.com/designated-employer-representative.html)
- DOT Specimen Collector Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-training.html)
- DOT Specimen Collector Train The Trainer (/web/20160417174525/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-train-the-trainer.html)
- DOT Specimen Collector Classes (/web/20160417174525/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-classes.html)
- Breath Alcohol Technician (BAT) Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/breath-alcohol-technician-bat-training.html)
- Breath Alcohol Technician Training (BAT) Classes (/web/20160417174525/http://www.certifiedtrainingsolutions.com/breath-alcohol-technician-training-bat-classes.html)
- Screening Test Technician (STT) Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/screening-test-technician-stt-training.html)
- Screening Test Technician Classes (/web/20160417174525/http://www.certifiedtrainingsolutions.com/screening-test-technician-classes.html)
- FRA Post Accident Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/fra-post-accident-training.html)
- How To Start A Drug And Alcohol Testing Business (/web/20160417174525/http://www.certifiedtrainingsolutions.com/how-to-start-a-drug-and-alcohol-testing-business.html)
- Drug Free Workplace Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/drug-free-workplace-training.html)
- DOT Drug and Alcohol Testing Regulations Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/dot-drug-and-alcohol-testing-regulations-training.html)
- Bloodborne Pathogens Training (/web/20160417174525/http://www.certifiedtrainingsolutions.com/bloodborne-pathogens-training.html)
- Corporate Training Solutions (/web/20160417174525/http://www.certifiedtrainingsolutions.com/corporate-training-solutions.html)
- Real Estate Continuing Education (/web/20160417174525/http://www.certifiedtrainingsolutions.com/real-estate-continuing-education.html)
- Certified Training Solutions Newsletter (/web/20160417174525/http://www.certifiedtrainingsolutions.com/certified-training-solutions-newsletter.html)
- Contact Us (/web/20160417174525/http://www.certifiedtrainingsolutions.com/contact-us.html)
- Donate | St Paco's Place Animal Rescue (/web/20160417174525/http://www.certifiedtrainingsolutions.com/donate--st-pacos-place-animal-rescue.html)
- Certified Training Solutions Blog (/web/20160417174525/http://www.certifiedtrainingsolutions.com/certified-training-solutions-blog.html)
- DOT Random Testing Rates (/web/20160417174525/http://www.certifiedtrainingsolutions.com/dot-random-testing-rates.html)
- Estudiantes que regresaban, haga clic aquí para iniciar sesion (https://web.archive.org/web/20160417174525/https://certifiedtrainingsolutionsenespanol.learnupon.com/users/sign_in)
- Enter Bulk Purchase Code Verification (https://web.archive.org/web/20160417174525/http://elearning.certifiedtrainingsolutions.com/bulk_code_verification)
- Returning Students -- Click Here to login (https://web.archive.org/web/20160417174525/https://certifiedtrainingsolutions.learnupon.com/users/sign_in)

**Call (213) 308-7630 or (307) 640-5859**
**Call Toll Free (888) 684-1658**

# CONTACT US

**Name \***

First        Last

**Email \***

**Phone Number**

**Address**

Line 1

Line 2

City        State

Zip Code        Country

**Comment \***

Submit

Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922



Ph.
Toll Free (888) 684-1658
(213) 308-7630
(307) 640-5859

Payment Mailing Address:
Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

Sitemap
(/web/20160417174525/http://www.certifiedtrainingsolutions.com/sitemap.html)

Certified Training Solutions/CertifiedTrainingSolutions.com 2011-2015 All Rights Reserved.
This Material May Not be Copied or Reproduced In Part or Whole.

# Exhibit C4

7/30/26, 4:13 AM
Case 8:26-cv-01156-CEH-CPT    Document 28-3    Filed 07/30/26    Page 16 of 19 PageID
364
Contact Us for information on our training



# Certified Training Solutions

Contact Us

Login To Your Training

**Customer Support Hours**
- Live Phone Support: Monday – Friday, 9:00 AM – 5:00 PM ET
- AI Digital Assistant: Available 24/7 for instant answers.
- After-Hours & Email Support: Reach us at admin@certifiedtrainingsolutions.com
  - Average response time: 30 minutes.

Phone: (888) 684-1658

Home

DOT Urine Specimen Collector Training

Register - Urine Collector Webcam

Urine Collector Train-The-Trainer

Reasonable Suspicion Training (DOT)

Reasonable Suspicion (NON-DOT)

Designated Employer Representative (DER)

Lifeloc Breath Testing Devices

Breath Alcohol Technician (BAT) Training

Register - BAT Proficiency Webcam

Screening Test Technician Training

Ohio DFWP (SUPR) Training

Drug-Free Workplace Training

Tennessee Drug Free Workplace Courses

Oral Fluid Specimen Collector Training

Register - Oral Fluid Collector Webcam

How To Start A Testing Business

DOT Testing Regulations

FRA Post-Accident Courses

FTA Post-Accident Training (Transit)

FMCSA Post-Accident Course

Corporate Training Solutions

Donate - Animal Rescue

Contact Us

Blog

Newsletter

Login Help

Request A Group Discount

Terms and Conditions & Refund Policy

# Contact Us

We'd love to hear from you! Please fill out this form and we'll get back to you as soon as possible.

First name *

Enter your first name

Last name *

Enter your last name

Email *

Enter your email

Company name

Enter a company name

Type of Inquiry *

◯ General Question

◯ Product Information

◯ Support Request

◯ Training

◯ Other

Subject *

Brief description of your inquiry

Message *

Please provide details about your inquiry

Please provide as much detail as possible to help us respond effectively to your inquiry.

Submit

We're here to help you stay compliant and make training easy.

Contact Us for information on our training

PHONE
(888) 684-1658

EMAIL
admin@certifiedtrainingsolutions.com

TYPICAL RESPONSE
Within one business day

---



**Customer Support Hours**
- Live Phone Support: Monday – Friday, 9:00 AM – 5:00 PM Eastern Time
- AI Digital Assistant: Available 24/7 for instant answers.
- After-Hours & Email Support: Reach us at admin@certifiedtrainingsolutions.com
  - Average response time: 30 minutes.

**Certified Training Solutions, LLC**
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922
Call Us: (307) 640-5859
Email: admin@certifiedtrainingsolutions.com

  


**Certified Training Solutions, LLC. / CertifiedTrainingSolutions.com 2011-2026 All Rights Reserved**.
This Material May Not be Copied or Reproduced In Part or Whole.
Terms and Conditions and Refund Policy apply for all purchases.

Disclaimer:
We strive to provide accurate and reliable information on CertifiedTrainingSolutions.com. However, we cannot guarantee that all content fully complies with every regulation or requirement. It is your responsibility to verify information and ensure that your organization meets all applicable federal, state, and local rules.


Open
Googl

# Exhibit C5

**2026 FLORIDA LIMITED LIABILITY COMPANY ANNUAL REPORT**

DOCUMENT# L21000030838

**FILED**
**Jan 16, 2026**
**Secretary of State**
**8178155161CC**

**Entity Name:** CERTIFIED TRAINING SOLUTIONS, LLC

**Current Principal  Place of Business:**

222 41ST AVE NE
ST PETERSBURG,  FL  33703

**Current Mailing Address:**

2042 TOWN CENTER BLVD.
SUITE 120
KNOXVILLE,  TN  37922  US

**FEI Number: 86-1987105**

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

BRADLEY, LISA
222 41ST AVE NE
ST PETERSBURG, FL  33703  US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                            Date

**Authorized Person(s) Detail :**

| Title | PRESIDENT | | Title | CFO |
|---|---|---|---|---|
| Name | BRADLEY, LISA | | Name | VANZUTPHEN, PHOENIX C |
| Address | 2042 TOWN CENTER BLVD. SUITE 120 | | Address | 2042 TOWN CENTER BLVD. BOX 120 |
| City-State-Zip: | KNOXVILLE  TN  37922 | | City-State-Zip: | KNOXVILLE  TN  37922 |

I *hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am a managing member or manager of the limited liability company or the receiver or trustee empowered to execute this report as required by Chapter 605, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered*.

SIGNATURE: LISA BRADLEY                              PRESIDENT                    01/16/2026

Electronic Signature of Signing Authorized Person(s) Detail                              Date