AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.     **8:26-cv-01156-CEH-CPT**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Diana Tereshchuk**
was received by me on  **8/05/2026:**

[X]  I personally served the **SUMMONS; AMENDED COMPLAINT; EXHIBIT** on the individual at **471 Center St, Ludlow, MA 01056-2733** on **08/10/2026 at 1:24 PM**; or

☐  I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐  I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐   I returned the summons unexecuted because ; or

☐  Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:  08/10/2026

_____
*Server's signature*

**Michael Palermo**
*Printed name and title*

**15 WALES ROAD
BRIMFIELD, MA 01010**

_____
*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; AMENDED COMPLAINT; EXHIBIT,  to Diana Tereshchuk with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 25-35 years of age, 5'4"-5'6" tall and weighing 120-140 lbs with glasses.**




Tracking #: **0236345788**