AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **8:26-cv-01156-CEH-CPT**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Katelyn Dalton**
was received by me on **8/12/2026:**

[X] I personally served the **SUMMONS; AMENDED COMPLAINT; EXHIBIT** on the individual at **633 Mast Rd, Plymouth, MA 02360-3276** on **08/13/2026 at 7:52 PM**; or

[ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ] I returned the summons unexecuted because ; or

[ ] Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date: 08/14/2026

*Server's signature*

**Elvis Idada**

*Printed name and title*

**8 Ashmont Road**
**Wellesley, MA 02481**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; AMENDED COMPLAINT; EXHIBIT, to Katelyn Dalton with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired white female contact 35-45 years of age, 5'-5'4" tall and weighing 240-300 lbs with a tattoo.**

Tracking #: **0237125524**