AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **8:26-cv-01156-CEH-CPT**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Caitlin Morse**
was received by me on **8/16/2026:**

☐ I personally served the **Exhibits; Complaint; Summons** on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **James No Last Name Given**, a person of suitable age and discretion who resides at **1 Pine Wood Cir, Arundel, ME 04046-8157**, on **08/18/2026 at 9:43 AM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date:

[signature]
*Server's signature*

**Christopher Mowry**
*Printed name and title*

**47 rope walk dr**
**Hollis, ME 04042**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Exhibits; Complaint; Summons, to James No Last Name Given who identified themselves as the subject's spouse, co-resident with identity confirmed by subject reaching for docs when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.**

Tracking #: 0237594531