EXHIBIT 1

**Certified Training Solutions <admin@certifiedtrainingsolutions.com>**

## RE: Specimen collector train the trainer

1 message

**Melissa Mavrogeorge** <MMavrogeorge@convenientmd.com> Sun, Jul 27, 2014 at 2:53 PM
To: Online Training Manager <admin@certifiedtrainingsolutions.com>

Oh never mind I reread your email and it gave me the answer! Sorry!!

**From:** Online Training Manager [mailto:admin@certifiedtrainingsolutions.com]
**Sent:** Sunday, July 27, 2014 2:51 PM
**To:** Melissa Mavrogeorge
**Subject:** Re: Specimen collector train the trainer

Hi Melissa.

You can use the coupon code "TTT20off" (without the quotes)...

and it will give you $20 off the price of $179.99. So your cost will be $159.99.

Before you take our Train The Trainer course, please understand that our course does not give you the materials to use to train others fully ... it does not give you -- or allow you to print or use -- our procedures training course. Rather, our course prepares you to act as the qualified monitor for other collectors who need their proficiency demonstration witnessed only. The way our course works -- for someone who takes our Train The Trainer course is, you will still need to purchase (at a discount) one of our online Procedures Training courses for each person you wish to "train". [Your cost will be $69.99 each.] Then, after your student completes our online procedures training course, you simply get together with them and do their proficiency demonstration -- the 5 error-free mock collections required by the Part 40 rules.

I hope this helps. I like to make it clear what you are getting and not getting when you buy our online course/training. Please let me know if you have any additional questions. Thank you.

Lisa

On Sun, Jul 27, 2014 at 2:24 PM, Melissa Mavrogeorge <MMavrogeorge@convenientmd.com> wrote:

> Thank you for your quick response. With the coupon what would the total price come out to? At this point I'm not finding a lot of companies that do this train the trainer course!
>
> **From:** Certified Training Solutions [mailto:admin@certifiedtrainingsolutions.com]
> **Sent:** Sunday, July 27, 2014 2:20 PM

**To:** Melissa Mavrogeorge

EXHIBIT 1

**Subject:** Specimen collector train the trainer

Hello, Melissa.

Thank you for contacting Certified Training Solutions.

Unfortunately, we cannot separate out the train the trainer module of our online collector training. (It is loaded as one full course in our learning management system.)  Also, since you did not take the regular collector portion of your training through us, we cannot give you a certificate that shows you are properly trained as a collector in the procedures without having you do our full course (And our course and certificate-- is a combo course for both parts).

If you are interested, let me know and I can send you a coupon code for a discount, so you can save some money off of our collector train the trainer online course.

Thank you.

Lisa

## Submitted Information:

---

**Name**

Melissa Mavrogeorge

**Email**

mmavrogeorge@convenientmd.com

**Phone Number**

603 - 890 - 6330

**Address**

8 Loudon Rd.

Concord, New Hampshire United States 03301

EXHIBIT 1

**Comment**

I was looking into the "train-the-trainer" course that is suggested by 40.33(c)(2) if you have not been collecting for at least a year. I am a certified DOT drug test collector but only since about November/December of 2013. I have myself completed over 20 and have aided in other certified collectors during their first few tests to complete accurately. I see you offer this train the trainer course but it's also the collector training too. For this special circumstance would you be able to offer just the train-the-trainer module for me instead of having to go through the entire collector training certification?

Thank you,

Melissa