EXHIBIT 2

**Certified Training Solutions <admin@certifiedtrainingsolutions.com>**

# Your purchase with CERTIFIED TRAINING SOLUTIONS

1 message

**Certified Training Solutions** <notifications@learnupon.com> Mon, Jul 28, 2014 at 1:19 PM
To: mmavrogeorge@convenientmd.com

Hello mmavrogeorge@convenientmd.com,
Thank you for your purchase!

Purchase Summary (#117793177)

- DOT Specimen Collector Train-The-Trainer Course 2014-08-28 - $36.00 @ 20.0%- $143.99

*Total Price: $143.99

You can login and launch your courses at any time, by accessing the url below.

https://certifiedtrainingsolutions.learnupon.com/users/sign_in

To log into your course AFTER the first time you set up your account/profile, use this link:
https://certifiedtrainingsolutions.learnupon.com/users/sign_in

Regards,

CERTIFIED TRAINING SOLUTIONS

--

Please do not reply to this message. Mail sent to this address cannot be answered. For assistance or questions, please contact us by email at: Admin@CertifiedTrainingSolutions.com or by telephone at 307-640-5859. Thank you.