EXHIBIT 3

| first_name | last_name | username | email | course_name | purchased | list_price | amount_paid | Expiration date | Your Company Name | Your Title/Position | Your Telephone Number |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Melissa | Mavrogeorge | mmavrogeorge@convenientmd.com | mmavrogeorge@convenientmd.com | DOT Urine Specimen Collector Train-The-Trainer Course v.1 | 7/28/14 | $179.99 | $143.99 | 8/28/14 | ConvenientMD Urgent Care | Clinic Manager | [redacted] |
| Staci | Gifford | sgifford@convenientmd.com | sgifford@convenientmd.com | DOT Urine Specimen Collector Train-The-Trainer Course v.1 | 7/29/14 | $179.99 | $143.99 | 8/29/14 | ConvenientMD | Clinic manager | |
| Brittany | Mallette | bmallette@convenientmd.com | bmallette@convenientmd.com | DOT Urine Specimen Collector Train-The-Trainer Course v.1 | 8/12/14 | $179.99 | $143.99 | 9/12/14 | Convenient Md | Registered Nurse | |
| Kali | Maltese | kmaltese@convenientmd.com | kmaltese@convenientmd.com | DOT Urine Specimen Collector Train-The-Trainer Course v.1 | 10/21/14 | $179.99 | $143.99 | 11/21/14 | ConvenientMD | Clinic Manager | |
| Michal | Gamliel | mgamliel@convenientmd.com | mgamliel@convenientmd.com | DOT Urine Specimen Collector Train-The-Trainer Course v.1 | 11/10/14 | $179.99 | $143.99 | 12/11/14 | ConvenientMD | Practice Manager | |
| Emily | Mock | emock@convenientmd.com | emock@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 2/24/15 | $179.99 | $179.99 | 3/27/15 | ConvenientMD Urgent Care | Practice Manager | |
| Lisa | Ouellette | louellette@convenientmd.com | louellette@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 3/8/15 | $179.99 | $179.99 | 4/8/15 | ConvenientMD | Practice Manager | |
| Melissa | Brule | mbrule@convenientmd.com | mbrule@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 3/26/15 | $179.99 | $179.99 | 4/26/15 | ConvenientMD | Practice Manager | |
| Jon | Richardson | jrichardson@convenientmd.com | jrichardson@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 6/4/15 | $179.99 | $179.99 | 7/5/15 | ConvenientMD | Practice Manager | |
| Jennifer | Wichland | jwichland@convenientmd.com | jwichland@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 8/20/15 | $179.99 | $179.99 | 9/20/15 | ConvenientMD | Practice Manager | |
| Jaclyn | Gagne | jgagne@convenientmd.com | jgagne@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 9/21/15 | $179.99 | $179.99 | 10/22/15 | ConvenientMD Urgent Care | Clinic Lead RN | |
| Christopher | Munroe | cmunroe@convenientmd.com | cmunroe@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 12/1/15 | $179.99 | $179.99 | 1/1/16 | ConvenientMD LLC | Practice Manager | |
| Kayla | Sartorelli | ksartorelli@convenientmd.com | ksartorelli@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 12/14/15 | $179.99 | $179.99 | 1/14/16 | ConvenientMD Urgent Care | Medical Assistant | |
| Pamela | Skilton | pskilton@convenientmd.com | pskilton@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 1/5/16 | $179.99 | $179.99 | 2/5/16 | | | |
| Katherine | McLaughlin | kmclaughlin@convenientmd.com | kmclaughlin@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 1/28/16 | $179.99 | $179.99 | 2/28/16 | | | |
| Nicolette | Desgagne | ndesgagne@convenientmd.com | ndesgagne@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 11/4/16 | $179.99 | $179.99 | 12/5/16 | ConvenientMD | RN Practice Manager | |
| Laurie-Anne | Cook | lcook@convenientmd.com | lcook@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 11/21/16 | $179.99 | $179.99 | 12/22/16 | ConvenientMD Urgent Care | CXM / Lead Trainer | |
| Amber | Thistle | athistle@convenientmd.com | athistle@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 7/11/17 | $179.99 | $179.99 | 8/11/17 | ConvenientMD | Clinical Learning Manager, BSN, RN | |
| Caitlin | Laughton | claughton2@convenientmd.com | claughton2@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 10/20/17 | $179.99 | $179.99 | 12/28/17 | ConvenientMD | Practice Manager | |
| Chelsea | Laughton | claughton@convenientmd.com | claughton@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 10/23/17 | $179.99 | $179.99 | 11/23/17 | ConvenientMD | Practice Manager | |
| Kimberly | Schusler | kschusler@convenientmd.com | kschusler@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 12/19/17 | $179.99 | $179.99 | 1/19/18 | ConvenientMD | Practice Manager | |
| Maryanne | Plamondon | mplamondon@convenientmd.com | mplamondon@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 12/30/17 | $179.99 | $179.99 | 1/30/18 | Convenient MD | RN Practice Manager | |
| Melinda | Noel | mnoel@convenientmd.com | mnoel@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 1/26/18 | $179.99 | $179.99 | 2/26/18 | Convenient MD | RN Practice Manager | |
| Rusty | Pernell | rpernell@convenientmd.com | rpernell@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 1/26/18 | $179.99 | $179.99 | 2/26/18 | Convenientmd | Assistant Manager | |
| NICOLE | DEMEO | ndemeo@convenientmd.com | ndemeo@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 8/30/18 | $179.99 | $179.99 | 9/30/18 | ConvenientMD | Practice Manager | |
| Danna | Fannon | dana.fannon@gmail.com | dana.fannon@gmail.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 3/13/19 | $179.99 | $179.99 | 4/13/19 | ConvenientMD Urgent Care | Registered Nurse/Regional Training Supervisor | |
| Diane | Willey | Willeywoman407@comcast.net | Willeywoman407@comcast.net | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 3/15/19 | $179.99 | $179.99 | 4/15/19 | Convenient MD | Regional Clinical Lead | |
| Allison | Shepard | ashepard@convenientmd.com | ashepard@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 4/2/19 | $179.99 | $179.99 | 5/3/19 | Convenient MD | Regional Clinical Trainer | |
| Jamie | Boudreau | jboudreau@convenientmd.com | jboudreau@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 4/3/19 | $179.99 | $179.99 | 5/4/19 | ConvenientMD | Regional Clinical Lead | |
| Brandy | Guilman | Bguilman | bguilman@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 10/14/19 | $179.99 | $179.99 | 11/14/19 | Convenient MD | Radiologic Technologist/Regional Clinical Lead | |
| Courtney | Frazier | cfrazier | cfrazier@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 3/3/20 | $179.99 | $179.99 | 4/3/20 | ConvenientMD | | |
| Jessica | Bridges | jbridges | jbridges@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 3/5/20 | $179.99 | $179.99 | 4/5/20 | Convenient MD | Radiologic Technologist | |
| Sarah | Davison | sdavison | sdavison@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 4/15/20 | $179.99 | $179.99 | 5/16/20 | ConvenientMD | Registered Nurse | |
| Jenna | Bueno | jbueno5793 | jbueno@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 6/17/20 | $179.99 | $179.99 | 7/18/20 | ConvenientMD | Regional Trainer | |
| Marisa | Wickersham | mwickersham | mwickersham@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 8/28/20 | $179.99 | $179.99 | 9/28/20 | ConvenientMD | Maine Regional Trainer | |
| Elena | Collishaw | ECollishaw | elenaines@comcast.net | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 10/28/20 | $179.99 | $179.99 | 11/28/20 | ConvenientMD Urgent | Clinical Regional Lead | |
| Angella | Driscoll | AngellaDriscoll | apucillo-driscoll@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 2/15/21 | $179.99 | $179.99 | 3/18/21 | Convenient MD | Practice Manager/Medical Assistant | |
| Shannon | Benedict | sbenedict | sbenedict@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 2/15/21 | $179.99 | $179.99 | 3/18/21 | ConvenientMD | Practice Manager | |
| Katie | Demers | Kdemers | kdemers@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 2/16/21 | $179.99 | $179.99 | 3/19/21 | ConvenientMD Urgent Care | Regional Administrative Lead Training Supervisor | |
| Jennifer | Stoddard | Stoddard2010 | jstoddard@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 2/17/21 | $179.99 | $179.99 | 3/20/21 | ConvenientMD | Practice Manager | |
| Marie | Hall | mhall44 | mhall@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 2/17/21 | $179.99 | $179.99 | 3/20/21 | ConvenientMD | Quality Assurance Training Manager, RN | |
| Ashley | Huyghe | ahuyghe14 | ashleyhuyghe@yahoo.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 3/5/21 | $179.99 | $179.99 | 4/5/21 | Convenient md | Medical Assistant | |
| Nicole | Juliano | njuliano | njuliano@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 3/8/21 | $179.99 | $179.99 | 4/8/21 | ConvenientMD Urgent Care | Regional Clinical Lead | |
| Matthew | Palmariello | mpalmariello | mpalmariello@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 4/27/21 | $179.99 | $179.99 | 5/28/21 | ConvenientMD Urgent Care | Regional Clinical Lead for Northern & Central NH | |
| Deborah | Roedel | droedes1089 | dro790@aol.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 9/23/21 | $179.99 | $179.99 | 10/24/21 | Convenient MD | Medical Assistant | |
| Angela | Pearl | Jampearl | apearl@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 10/8/21 | $179.99 | $179.99 | 11/8/21 | Convenient MD | Rad tech | |
| Rose | Caswell | RCaswell1 | RCaswell@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 10/10/21 | $179.99 | $179.99 | 11/10/21 | Convenient MD | Saco Practice Manager | |
| Caitlin | Morse | caitlinmorse | cmorse@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 2/28/22 | $179.99 | $179.99 | 3/31/22 | ConvenientMD Urgent Care | R.T(R) | |
| Melody | Barry | mrbarrynh | mbarry@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 3/14/22 | $179.99 | $179.99 | 4/14/22 | ConvenientMD | Regional Clinical Lead | |
| Derek | Nelson | DNelson5200 | DNelson@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 10/4/22 | $189.99 | $189.99 | 11/4/22 | ConvenientMD | Regional Clinical Training Lead | |
| Katelyn | Dalton | kdalton | kdalton@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 10/7/22 | $189.99 | $189.99 | 11/7/22 | ConvenientMD | Regional Clinical Lead | |
| Diana | Tereshchuk | dtereshchuk | dtereshchuk@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 6/29/23 | $249.99 | $249.99 | 7/30/23 | ConvenientMD Urgent Care | Clinical Educator | |
| Diane | Willey | Willeywoman | dwilley@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 2/15/24 | $249.99 | $249.99 | 3/17/24 | ConvenientMD | District Clinical Educator | |
| Victoria | Cline | vcline | vcline@convenientmd.com | DOT Urine Specimen Collector and Train-The-Trainer Course v.1 | 1/9/25 | $249.99 | $249.99 | 2/9/25 | ConvenientMD | District Clinical Educator - Maine | |