EXHIBIT 4

**Certified Training Solutions <admin@certifiedtrainingsolutions.com>**

# [Passed] Quiz results: "Collector Trainer Agreement"

1 message

**Certified Training Solutions** <noreply@quizresults.net> Wed, Feb 17, 2021 at 12:42 PM
To: admin@certifiedtrainingsolutions.com

Hello!

Here you can review the quiz results for "Collector Trainer Agreement".

| | |
|---|---|
| User ID: | mhall@convenientmd.com |
| Name | Hall, Marie |
| Email | |

| | |
|---|---|
| Date/Time: | **February 17, 2021 12:42 PM** |
| Answered: | **1 / 1** |
| Your Score: | **10 / 10 (100%)** |
| Passing Score: | **10 (100%)** |
| Time Spent: | **21 sec** |
| Result | **Passed** |

**Question 1** Correct
Points: 10/10 | Attempts: 1/10

***Use the scroll-bar to the right to read and continue***
**By continuing this training course, I understand and AGREE that I will not be qualified by Certified Training Solutions to teach Component 1 of Collector training under the Department of Transportation (DOT) Rules. (Component 1 is the Procedures training and Rules and Regulations training.)**
**I understand and agree that I will be qualified to conduct the Proficiency Training ONLY with my trainees (hands-on training / Component 2).**
**I further AGREE that I will purchase a new and separate course for each and every specimen collector I train (at the Instructor-Discounted-Rate) from Certified Training Solutions.**
**I AGREE that I may train specimen collectors within my own facility, organization, or company ONLY.**

**I have read and agree to the Terms & Conditions listed on the previous page and repeated below:**
**-This course is copyrighted and is meant for one person only (solely the person this individual course was purchased for).**
**-You may NOT copy, print, reuse, or distribute any part of this electronic course in any form.**
**-Copying or printing of our online course pages/course content is prohibited.**
**-You may print only the provided documents and forms provided within the online course, if applicable.**
**-Certified Training Solutions rigorously protects our copyrighted material and investigates suspected violations.**
**Unauthorized reproduction and/or use of this training course will result in legal action and prosecution under U.S. Copyright laws.**
**By continuing this course, YOU AGREE:**
**-To abide by all copyright laws, and**
**-To not copy (electronically or otherwise), save, re-use, distribute, or utilize this online training course for any other person(s). -To purchase a new and individual training course for EACH person that you train.**

| User Answer | Correct Answer |
|---|---|
| ✔ I Agree. | I Agree. |

EXHIBIT 4

**Feedback:** Thank you. Your agreement is legally binding. Please remember your responsibilities.