EXHIBIT 5

| id | Created date (UTC) | Amount | Currency | Captured | Converted | Decline Reason | Description | Fee | Mode | Payment | Status | Seller Message | Card Name | Customer Description | Customer Email |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ch_3QfSWl | 1/9/25 20:40 | 249.99 | usd | TRUE | 249.99 | | DOT Specimen Collector and Trai | 7.55 | Live | card | Paid | Payment complete. | | Victoria Cline | vcline@convenientmd.com |
| ch_3Ok5zy | 2/15/24 14:33 | 249.99 | usd | TRUE | 249.99 | | DOT Specimen Collector and Trai | 7.55 | Live | card | Paid | Payment complete. | | Willeywoman | dwilley@convenientmd.com |
| ch_16nai32 | 9/21/15 20:16 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | | Emily Mock ConvenientMD | jgagne@convenientmd.com | jgagne@convenientmd.com |
| ch_19C83C | 11/4/16 13:48 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | Emily Mock, ConvenientMD | ndesgagne@convenientmd.com | ndesgagne@convenientmd.com |
| ch_1BF5RU | 10/20/17 18:42 | 179.99 | usd | FALSE | 179.99 | do_not_honor | DOT Specimen Collector and Trai | 0 | Live | card | Failed | The bank returned the decline code `do_not_honor`. | Caitlin Laughton | claughton2@convenientmd.com | claughton2@convenientmd.com |
| ch_14xUSM | 11/11/14 02:32 | 143.99 | usd | TRUE | 143.99 | | DOT Specimen Collector Train-Th | 4.48 | Live | card | Paid | | Michal Gamliel ConvenientMD | mgamliel@convenientmd.com | mgamliel@convenientmd.com |
| ch_1ILtus2 | 2/17/21 17:34 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | mhall44 | mhall@convenientmd.com |
| ch_14Qn8Y | 8/12/14 21:48 | 143.99 | usd | TRUE | 143.99 | | DOT Specimen Collector Train-Th | 4.48 | Live | card | Paid | | Staci Gifford Convenient MD | bmallette@convenientmd.com | bmallette@convenientmd.com |
| ch_3LqFWX | 10/7/22 12:19 | 189.99 | usd | TRUE | 189.99 | | DOT Specimen Collector and Trai | 5.81 | Live | card | Paid | Payment complete. | | kdalton | kdalton@convenientmd.com |
| ch_3LpAm7 | 10/4/22 13:03 | 189.99 | usd | TRUE | 189.99 | | DOT Specimen Collector and Trai | 5.81 | Live | card | Paid | Payment complete. | | DNelson5200 | DNelson@convenientmd.com |
| ch_3KdHM4 | 3/14/22 17:06 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | mrbarrynh | mbarry@convenientmd.com |
| ch_3KYAki2 | 2/28/22 15:03 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | caitlinmorse | cmorse@convenientmd.com |
| ch_3Jj7HX2 | 10/10/21 19:01 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | RCaswell1 | RCaswell@convenientmd.com |
| ch_3JiPiP25 | 10/8/21 20:30 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | Jampearl | apearl@convenientmd.com |
| ch_1ISipH2 | 3/8/21 13:08 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | njuliano | njuliano@convenientmd.com |
| ch_1ILtSA2 | 2/17/21 17:04 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | Stoddard2010 | jstoddard@convenientmd.com |
| ch_1ILTWj2 | 2/16/21 13:23 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | Kdemers | kdemers@convenientmd.com |
| ch_1IL92J2 | 2/15/21 15:30 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | sbenedict | sbenedict@convenientmd.com |
| ch_1Gv0Z2 | 6/17/20 12:40 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | jbueno5793 | jbueno@convenientmd.com |
| ch_1GYB75 | 4/15/20 13:17 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | sdavison | sdavison@convenientmd.com |
| ch_1GJJK42 | 3/5/20 13:01 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | jbridges | jbridges@convenientmd.com |
| ch_1GIbD4 | 3/3/20 13:54 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | cfrazier | cfrazier@convenientmd.com |
| ch_1FTX9j2 | 10/14/19 17:16 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | Bguilman | bguilman@convenientmd.com |
| ch_1ELHJz2 | 4/3/19 22:12 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | jboudreau@convenientmd.com | jboudreau@convenientmd.com |
| ch_1EKojO | 4/2/19 15:40 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | ashepard@convenientmd.com | ashepard@convenientmd.com |
| ch_1D4pul | 8/30/18 13:10 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | ndemeo@convenientmd.com | ndemeo@convenientmd.com |
| ch_3NONV | 6/29/23 16:15 | 249.99 | usd | TRUE | 249.99 | | DOT Specimen Collector and Trai | 7.55 | Live | card | Paid | Payment complete. | | dtereshchuk | dtereshchuk@convenientmd.com |
| ch_1IkxAI2 | 4/27/21 20:05 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | mpalmariello | mpalmariello@convenientmd.com |
| ch_1HL7p6 | 8/28/20 13:40 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | mwickersham | mwickershm@convenientmd.com |
| ch_1BoZsk | 1/26/18 16:16 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | Melinda Noel | mnoel@convenientmd.com | mnoel@convenientmd.com |
| ch_17PydK | 1/5/16 17:30 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | | Emily Mock | pskilton@convenientmd.com | pskilton@convenientmd.com |
| ch_15Zu3C | 2/25/15 01:33 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | | Emily Mock | emock@convenientmd.com | emock@convenientmd.com |
| ch_1IL9D9 | 2/15/21 15:42 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | | AngellaDriscoll | apucillo-driscoll@convenientmd.com |
| ch_1BoZuI | 1/26/18 16:18 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | Melinda Noel | rpernell@convenientmd.com | rpernell@convenientmd.com |
| ch_1AeOCu | 7/11/17 13:15 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | Kathryn Bolduc | athistle@convenientmd.com | athistle@convenientmd.com |
| ch_19IIqL2 | 11/21/16 14:32 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | Kathryn Bolduc | lcook@convenientmd.com | lcook@convenientmd.com |
| ch_17DLiy2 | 12/1/15 21:31 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | | Kali Maltese | cmunroe@convenientmd.com | cmunroe@convenientmd.com |
| ch_15kaSg | 3/26/15 12:51 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | | Melissa Brule | mbrule@convenientmd.com | mbrule@convenientmd.com |
| ch_1BaqxS | 12/19/17 19:40 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | Kimberly Schusler | kschusler@convenientmd.com | kschusler@convenientmd.com |
| ch_1BGBpc | 10/23/17 19:43 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | Chelsea Laughton | claughton@convenientmd.com | claughton@convenientmd.com |
| ch_1BF5SJ | 10/20/17 18:42 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | Caitlin Laughton | claughton2@convenientmd.com | claughton2@convenientmd.com |
| ch_17HzZR | 12/14/15 16:53 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | | Kathryn Bolduc | ksartorelli@convenientmd.com | ksartorelli@convenientmd.com |
| ch_16byAr | 8/20/15 18:54 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | | Jennifer Wichland | jwichland@convenientmd.com | jwichland@convenientmd.com |
| ch_16A6Ec | 6/4/15 21:50 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | | Jon Richardson | jrichardson@convenientmd.com | jrichardson@convenientmd.com |
| ch_15eAdj2 | 3/8/15 20:04 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | | Lisa Ouellette | louellette@convenientmd.com | louellette@convenientmd.com |
| ch_1Bekga | 12/30/17 13:47 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | Payment complete. | Maryanne Plamondon | mplamondon@convenientmd.com | mplamondon@convenientmd.com |
| ch_17YHsh | 1/28/16 15:40 | 179.99 | usd | TRUE | 179.99 | | DOT Specimen Collector and Trai | 5.52 | Live | card | Paid | | Katherine McLaughlin | kmclaughlin@convenientmd.com | kmclaughlin@convenientmd.com |
| ch_14q36y | 10/21/14 13:55 | 143.99 | usd | TRUE | 143.99 | | DOT Specimen Collector Train-Th | 4.48 | Live | card | Paid | | Kali Maltese | kmaltese@convenientmd.com | kmaltese@convenientmd.com |
| ch_14LjdG | 7/29/14 23:03 | 143.99 | usd | TRUE | 143.99 | | DOT Specimen Collector Train-Th | 4.48 | Live | card | Paid | | Staci Gifford | sgifford@convenientmd.com | sgifford@convenientmd.com |
| ch_14LHm | 7/28/14 17:19 | 143.99 | usd | TRUE | 143.99 | | DOT Specimen Collector Train-Th | 4.48 | Live | card | Paid | | Melissa Mavrogeorge | mmavrogeorge@convenientmd.com | mmavrogeorge@convenientmd.com |