EXHIBIT 6


Florida
DRIVER LICENSE
USA
4d DLN [redacted]
1 BRADLEY
2 LISA JEAN
8 [redacted]
NEW PORT RICHEY, FL 34655-5534
[redacted]
SAFE DRIVER
4a ISS 11/28/2018
[redacted]
Operation of a motor vehicle constitutes
consent to any sobriety test required by law.