EXHIBIT 7A

**Certified Training Solutions <admin@certifiedtrainingsolutions.com>**

# [Passed] Quiz results: "Collector Trainer Agreement"

1 message

**Certified Training Solutions** <noreply@quizresults.net> Thu, Feb 15, 2024 at 9:46 AM
To: admin@certifiedtrainingsolutions.com

Hello!

Here you can review the quiz results for "Collector Trainer Agreement".

| | |
|---|---|
| User ID: | dwilley@convenientmd.com |
| Name | Willey, Diane |
| Email | |

| | |
|---|---|
| Date/Time: | **February 15, 2024 9:46 AM** |
| Answered: | **1 / 1** |
| Your Score: | **10 / 10 (100%)** |
| Passing Score: | **10 (100%)** |
| Time Spent: | **3 min 51 sec** |
| Result | **Passed** |

**Question 1** Correct
Points: 10/10 | Attempts: 1/10

***Use the scroll-bar to the right to read and continue***

**By continuing this training course, I understand and AGREE that I will not be qualified by Certified Training Solutions to teach Component 1 of Collector training under the Department of Transportation (DOT) Rules. (Component 1 is the Procedures training and Rules and Regulations training.)**

**I understand and agree that I will be qualified to conduct the Proficiency Training ONLY with my trainees (hands-on training / Component 2). I understand that I am not qualified, nor will I attempt to, teach component 1 (procedures training) to any other person.**

**I further AGREE that I will purchase a new and separate course for each and every specimen collector I train (at the Instructor-Discounted-Rate) from Certified Training Solutions LLC.**

**I AGREE that I may train specimen collectors within my own facility, organization, or company ONLY (i.e. my employees and my direct staff members). Training of outside persons or offering training services for a fee to others is strictly prohibited under our training program.**

**I have read and agree to the Terms & Conditions listed on the previous page and repeated below:**

**-This course is copyrighted and is meant for one person only (solely the person this individual course was purchased for). You may NOT copy, print, reuse, or distribute any part of this electronic course in any form. Copying or printing of our online course pages/course content is prohibited. You may print only the provided documents and forms provided within the online course, if applicable. Certified Training Solutions LLC rigorously protects our copyrighted material and investigates suspected violations. Unauthorized reproduction and/or use of this training course will result in legal action and prosecution under U.S. Copyright laws.**

**By continuing this course, YOU AGREE: To abide by all copyright laws, and to not copy (electronically or otherwise), save, re-use, distribute, or utilize this online training course for any other person(s). -To purchase a new and individual training course for EACH person that you train.**

**By purchasing and completing any of Certified Training Solutions LLC's online and/or webcam or live Train-The-Trainer courses, you agree that you will train only staff/employees within your own company/clinic/facility. In obtaining training/certification from Certified Training Solutions, you also agree that you will purchase a new and separate online course for each person that you train.**

**You agree to pay Certified Training Solutions LLC the following remedy for breach of these terms:**

EXHIBIT 7A

**1. $100.00 for each BAT, STT, or Collector online procedures course that you did not purchase for each person you trained, and**
**2. $400 for each person that you train outside of your own organization/company/facility as either a BAT, STT, or specimen collector.**

**If you do not agree, please exit now and contact us for a full refund. We strictly protect the terms of this agreement, including legal action for breaches of these terms.**
**If you breach these terms, you agree to pay all costs related to your breach including but not limited to: all attorney fees, legal fees, loss-of-revenue, above-stated fees for each person trained, and all additional court-ordered costs, fees, and judgments.**

| User Answer | Correct Answer |
|---|---|
| ✔ I Agree. | I Agree. |

**Feedback:** Thank you. Your agreement is legally binding. Please remember your responsibilities.

EXHIBIT 7B

Certified Training Solutions <admin@certifiedtrainingsolutions.com>

# [Passed] Quiz results: "Collector Trainer Agreement"

1 message

**Certified Training Solutions** <noreply@quizresults.net> Mon, Feb 28, 2022 at 5:46 PM
To: admin@certifiedtrainingsolutions.com

Hello!

Here you can review the quiz results for "Collector Trainer Agreement".

| | |
|---|---|
| Name | Morse, Caitlin |
| Email | cmorse@convenientmd.com |
| Confirm Email Addr. | cmorse@convenientmd.com |

| | |
|---|---|
| Date/Time | **February 28, 2022 5:46 PM** |
| Answered: | **2 / 2** |
| Student Score | **10 / 10 (100%)** |
| Passing score | **10 (100%)** |
| Time Spent: | **13 sec** |
| Result | **Passed** |

**Question 1** Correct
Points: 10/10 | Attempts: 1/10

***Use the scroll-bar to the right to read and continue***
**By continuing this training course, I understand and AGREE that I will not be qualified by Certified Training Solutions to teach Component 1 of Collector training under the Department of Transportation (DOT) Rules. (Component 1 is the Procedures training and Rules and Regulations training.)**
**I understand and agree that I will be qualified to conduct the Proficiency Training ONLY with my trainees (hands-on training / Component 2).**
**I further AGREE that I will purchase a new and separate course for each and every specimen collector I train (at the Instructor-Discounted-Rate) from Certified Training Solutions.**
**I AGREE that I may train specimen collectors within my own facility, organization, or company ONLY.**

**I have read and agree to the Terms & Conditions listed on the previous page and repeated below:**
**-This course is copyrighted and is meant for one person only (solely the person this individual course was purchased for).**
**-You may NOT copy, print, reuse, or distribute any part of this electronic course in any form.**
**-Copying or printing of our online course pages/course content is prohibited.**
**-You may print only the provided documents and forms provided within the online course, if applicable.**
**-Certified Training Solutions rigorously protects our copyrighted material and investigates suspected violations.**
**Unauthorized reproduction and/or use of this training course will result in legal action and prosecution under U.S. Copyright laws.**
**By continuing this course, YOU AGREE:**
**-To abide by all copyright laws, and**
**-To not copy (electronically or otherwise), save, re-use, distribute, or utilize this online training course for any other person(s). -To purchase a new and individual training course for EACH person that you train.**

**I ALSO UNDERSTAND AND AGREE: I must complete the required "proficiency demonstration" (hands-on mock test training) before I am qualified to act as a collector for DOT drug tests and to act as the**

EXHIBIT 7B

**Qualified Monitor for other specimen collector students.**

| User Answer | Correct Answer |
|---|---|
| I Agree. | I Agree. |

**Feedback:** Thank you. Your agreement is legally binding. Please remember your responsibilities.

**Question 2** Survey
**Type your full name as additional Attestation and Confirmation of your Agreement to the aforesaid terms.**

| User Answer |
|---|
| Caitlin Emily Morse |

**Feedback:** Thank you.

EXHIBIT 7C

Certified Training Solutions <admin@certifiedtrainingsolutions.com>

# [Passed] Quiz results: "Collector Trainer Agreement"

1 message

**Certified Training Solutions** <noreply@quizresults.net> Tue, Mar 22, 2022 at 12:30 PM
To: admin@certifiedtrainingsolutions.com

Hello!

Here you can review the quiz results for "Collector Trainer Agreement".

| | |
|---|---|
| Name | Barry, Melody |
| Email | mbarry@convenientmd.com |
| Confirm Email Addr. | mbarry@convenientmd.com |

| | |
|---|---|
| Date/Time | **March 22, 2022 12:30 PM** |
| Answered: | **2 / 2** |
| Student Score | **10 / 10 (100%)** |
| Passing score | **10 (100%)** |
| Time Spent: | **1 min 14 sec** |
| Result | **Passed** |

**Question 1** Correct
Points: 10/10 | Attempts: 1/10

***Use the scroll-bar to the right to read and continue***
**By continuing this training course, I understand and AGREE that I will not be qualified by Certified Training Solutions to teach Component 1 of Collector training under the Department of Transportation (DOT) Rules. (Component 1 is the Procedures training and Rules and Regulations training.)**
**I understand and agree that I will be qualified to conduct the Proficiency Training ONLY with my trainees (hands-on training / Component 2).**
**I further AGREE that I will purchase a new and separate course for each and every specimen collector I train (at the Instructor-Discounted-Rate) from Certified Training Solutions.**
**I AGREE that I may train specimen collectors within my own facility, organization, or company ONLY.**

**I have read and agree to the Terms & Conditions listed on the previous page and repeated below:**
**-This course is copyrighted and is meant for one person only (solely the person this individual course was purchased for).**
**-You may NOT copy, print, reuse, or distribute any part of this electronic course in any form.**
**-Copying or printing of our online course pages/course content is prohibited.**
**-You may print only the provided documents and forms provided within the online course, if applicable.**
**-Certified Training Solutions rigorously protects our copyrighted material and investigates suspected violations.**
**Unauthorized reproduction and/or use of this training course will result in legal action and prosecution under U.S. Copyright laws.**
**By continuing this course, YOU AGREE:**
**-To abide by all copyright laws, and**
**-To not copy (electronically or otherwise), save, re-use, distribute, or utilize this online training course for any other person(s). -To purchase a new and individual training course for EACH person that you train.**

**I ALSO UNDERSTAND AND AGREE: I must complete the required "proficiency demonstration" (hands-on mock test training) before I am qualified to act as a collector for DOT drug tests and to act as the**

EXHIBIT 7C

**Qualified Monitor for other specimen collector students.**

| User Answer | Correct Answer |
|---|---|
| I Agree. | I Agree. |

**Feedback:** Thank you. Your agreement is legally binding. Please remember your responsibilities.

**Question 2** Survey
**Type your full name as additional Attestation and Confirmation of your Agreement to the aforesaid terms.**

| User Answer |
|---|
| Melody R. Barry |

**Feedback:** Thank you.

EXHIBIT 7D

**Certified Training Solutions <admin@certifiedtrainingsolutions.com>**

# [Passed] Quiz results: "Collector Trainer Agreement"

1 message

**Certified Training Solutions** <noreply@quizresults.net> Fri, Oct 7, 2022 at 2:08 PM
To: admin@certifiedtrainingsolutions.com

Hello!

Here you can review the quiz results for "Collector Trainer Agreement".

| | |
|---|---|
| Name | Derek A. Nelson |
| Email | DNelson@convenientmd.com |
| Confirm Email Addr. | DNelson@convenientmd.com |

| | |
|---|---|
| Date/Time | **October 7, 2022 2:08 PM** |
| Answered: | **2 / 2** |
| Student Score | **10 / 10 (100%)** |
| Passing score | **10 (100%)** |
| Time Spent: | **19 sec** |
| Result | **Passed** |

**Question 1** Correct
Points: 10/10 | Attempts: 1/10

***Use the scroll-bar to the right to read and continue***
**By continuing this training course, I understand and AGREE that I will not be qualified by Certified Training Solutions to teach Component 1 of Collector training under the Department of Transportation (DOT) Rules. (Component 1 is the Procedures training and Rules and Regulations training.)**
**I understand and agree that I will be qualified to conduct the Proficiency Training ONLY with my trainees (hands-on training / Component 2).**
**I further AGREE that I will purchase a new and separate course for each and every specimen collector I train (at the Instructor-Discounted-Rate) from Certified Training Solutions.**
**I AGREE that I may train specimen collectors within my own facility, organization, or company ONLY.**

**I have read and agree to the Terms & Conditions listed on the previous page and repeated below:**
**-This course is copyrighted and is meant for one person only (solely the person this individual course was purchased for).**
**-You may NOT copy, print, reuse, or distribute any part of this electronic course in any form.**
**-Copying or printing of our online course pages/course content is prohibited.**
**-You may print only the provided documents and forms provided within the online course, if applicable.**
**-Certified Training Solutions rigorously protects our copyrighted material and investigates suspected violations.**
**Unauthorized reproduction and/or use of this training course will result in legal action and prosecution under U.S. Copyright laws.**
**By continuing this course, YOU AGREE:**
**-To abide by all copyright laws, and**
**-To not copy (electronically or otherwise), save, re-use, distribute, or utilize this online training course for any other person(s). -To purchase a new and individual training course for EACH person that you train.**

**I ALSO UNDERSTAND AND AGREE: I must complete the required "proficiency demonstration" (hands-on mock test training) before I am qualified to act as a collector for DOT drug tests and to act as the**

EXHIBIT 7D

**Qualified Monitor for other specimen collector students.**

| User Answer | Correct Answer |
|---|---|
| I Agree. | I Agree. |

**Feedback:** Thank you. Your agreement is legally binding. Please remember your responsibilities.

**Question 2** Survey
**Type your full name as additional Attestation and Confirmation of your Agreement to the aforesaid terms.**

| User Answer |
|---|
| Derek A. Nelson |

**Feedback:** Thank you.

EXHIBIT 7E

Certified Training Solutions <admin@certifiedtrainingsolutions.com>

# [Passed] Quiz results: "Collector Trainer Agreement"

1 message

**Certified Training Solutions** <noreply@quizresults.net> Fri, Oct 7, 2022 at 8:23 AM
To: admin@certifiedtrainingsolutions.com

Hello!

Here you can review the quiz results for "Collector Trainer Agreement".

| | |
|---|---|
| User ID: | kdalton@convenientmd.com |
| Name | Dalton, Katelyn |
| Email | |
| Date/Time: | **October 7, 2022 8:23 AM** |
| Answered: | **1 / 1** |
| Your Score: | **10 / 10 (100%)** |
| Passing Score: | **10 (100%)** |
| Time Spent: | **32 sec** |
| Result | **Passed** |

**Question 1** Correct
Points: 10/10 | Attempts: 1/10
***Use the scroll-bar to the right to read and continue***
**By continuing this training course, I understand and AGREE that I will not be qualified by Certified Training Solutions to teach Component 1 of Collector training under the Department of Transportation (DOT) Rules. (Component 1 is the Procedures training and Rules and Regulations training.)**
**I understand and agree that I will be qualified to conduct the Proficiency Training ONLY with my trainees (hands-on training / Component 2).**
**I further AGREE that I will purchase a new and separate course for each and every specimen collector I train (at the Instructor-Discounted-Rate) from Certified Training Solutions.**
**I AGREE that I may train specimen collectors within my own facility, organization, or company ONLY.**

**I have read and agree to the Terms & Conditions listed on the previous page and repeated below:**
**-This course is copyrighted and is meant for one person only (solely the person this individual course was purchased for).**
**-You may NOT copy, print, reuse, or distribute any part of this electronic course in any form.**
**-Copying or printing of our online course pages/course content is prohibited.**
**-You may print only the provided documents and forms provided within the online course, if applicable.**
**-Certified Training Solutions rigorously protects our copyrighted material and investigates suspected violations.**
**Unauthorized reproduction and/or use of this training course will result in legal action and prosecution under U.S. Copyright laws.**
**By continuing this course, YOU AGREE:**
**-To abide by all copyright laws, and**
**-To not copy (electronically or otherwise), save, re-use, distribute, or utilize this online training course for any other person(s). -To purchase a new and individual training course for EACH person that you train.**

| User Answer | Correct Answer |
|---|---|
| ✔ I Agree. | I Agree. |

EXHIBIT 7E

**Feedback:** Thank you. Your agreement is legally binding. Please remember your responsibilities.

EXHIBIT 7F

**Certified Training Solutions <admin@certifiedtrainingsolutions.com>**

## [Passed] Quiz results: "Collector Trainer Agreement"

1 message

**Certified Training Solutions** <noreply@quizresults.net> Thu, Jun 29, 2023 at 5:55 PM
To: admin@certifiedtrainingsolutions.com

Hello!

Here you can review the quiz results for "Collector Trainer Agreement".

| | |
|---|---|
| Name | Tereshchuk, Diana |
| Email | dtereshchuk@convenientmd.com |
| Confirm Email Addr. | dtereshchuk@convenientmd.com |

| | |
|---|---|
| Date/Time | **June 29, 2023 5:55 PM** |
| Answered: | **2 / 2** |
| Student Score | **10 / 10 (100%)** |
| Passing score | **10 (100%)** |
| Time Spent: | **15 sec** |
| Result | **Passed** |

**Question 1** Correct
Points: 10/10 | Attempts: 1/10

***Use the scroll-bar to the right to read and continue***
**Reminder and re-affirmation: I understand and AGREE that I will not be qualified by Certified Training Solutions to teach Component 1 of Collector training under the Department of Transportation (DOT) Rules. (Component 1 is the Procedures training and Rules and Regulations training.)**
**I understand and agree that I will be qualified to conduct the Proficiency Training ONLY with my trainees (hands-on training / Component 2). I understand that I am not qualified, nor will I attempt to, teach component 1 (procedures training) to any other person.**
**I further AGREE that I will purchase a new and separate course for each and every specimen collector I train (at the Instructor-Discounted-Rate) from Certified Training Solutions LLC.**
**I AGREE that I may train specimen collectors within my own facility, organization, or company ONLY (i.e. my employees and my direct staff members). Training of outside persons or offering training services for a fee to others is strictly prohibited under our training program.**
**I have read and agree to the Terms & Conditions listed on the previous page and repeated below:**
**-This course is copyrighted and is meant for one person only (solely the person this individual course was purchased for). You may NOT copy, print, reuse, or distribute any part of this electronic course in any form. Copying or printing of our online course pages/course content is prohibited. You may print only the provided documents and forms provided within the online course, if applicable. Certified Training Solutions LLC rigorously protects our copyrighted material and investigates suspected violations. Unauthorized reproduction and/or use of this training course will result in legal action and prosecution under U.S. Copyright laws.**
**By continuing this course, YOU AGREE: To abide by all copyright laws, and to not copy (electronically or otherwise), save, re-use, distribute, or utilize this online training course for any other person(s). -To purchase a new and individual training course for EACH person that you train.**
**By purchasing and completing any of Certified Training Solutions LLC's online and/or webcam or live Train-The-Trainer courses, you agree that you will train only staff/employees within your own company/clinic/facility. In obtaining training/certification from Certified Training Solutions, you also agree that you will purchase a new and separate online course for each person that you train.**
**You agree to pay Certified Training Solutions LLC the following remedy for breach of these terms:**

EXHIBIT 7F

**1. $100.00 for each BAT, STT, or Collector online procedures course that you did not purchase for each person you trained, and**
**2. $400 for each person that you train outside of your own organization/company/facility as either a BAT, STT, or specimen collector.**

**We strictly protect the terms of this agreement, including legal action for breaches of these terms.**
**If you breach these terms, you agree to pay all costs related to your breach including but not limited to: all attorney fees, legal fees, loss-of-revenue, above-stated fees for each person trained, and all additional court-ordered costs, fees, and judgments.**

| User Answer | Correct Answer |
|---|---|
| ✔ I Agree. | I Agree. |

**Feedback:** Thank you. Your agreement is legally binding. Please remember your responsibilities.

**Question 2** Survey
**Type your full name as additional Attestation and Confirmation of your Agreement to the aforesaid terms.**

| User Answer |
|---|
| Diana Tereshchuk |

**Feedback:** Thank you.

EXHIBIT 7G

Certified Training Solutions <admin@certifiedtrainingsolutions.com>

# [Passed] Quiz results: "Collector Trainer Agreement"

1 message

**Certified Training Solutions** <noreply@quizresults.net> Thu, Jan 9, 2025 at 3:45 PM
To: admin@certifiedtrainingsolutions.com

Hello!

Here you can review the quiz results for "Collector Trainer Agreement".

| | |
|---|---|
| User ID: | vcline@convenientmd.com |
| Name | Cline, Victoria |
| Email | |
| Date/Time: | **January 9, 2025 3:45 PM** |
| Answered: | **1 / 1** |
| Your Score: | **10 / 10 (100%)** |
| Passing Score: | **10 (100%)** |
| Time Spent: | **12 sec** |
| Result | **Passed** |

 

**Question 1** Correct

Points: 10/10 | Attempts: 1/10

***Use the scroll-bar to the right to read and continue***

**By continuing this training course, I understand and AGREE that I will not be qualified by Certified Training Solutions to teach Component 1 of Collector training under the Department of Transportation (DOT) Rules. (Component 1 is the Procedures training and Rules and Regulations training.)**

**I understand and agree that I will be qualified to conduct the Proficiency Training ONLY with my trainees (hands-on training / Component 2). I understand that I am not qualified, nor will I attempt to, teach component 1 (procedures training) to any other person.**

**I further AGREE that I will purchase a new and separate course for each and every specimen collector I train (at the Instructor-Discounted-Rate) from Certified Training Solutions LLC.**

**I AGREE that I may train specimen collectors within my own facility, organization, or company ONLY (i.e. my employees and my direct staff members). Training of outside persons or offering training services for a fee to others is strictly prohibited under our training program.**

**I have read and agree to the Terms & Conditions listed on the previous page and repeated below:**

**-This course is copyrighted and is meant for one person only (solely the person this individual course was purchased for). You may NOT copy, print, reuse, or distribute any part of this electronic course in any form. Copying or printing of our online course pages/course content is prohibited. You may print only the provided documents and forms provided within the online course, if applicable. Certified Training Solutions LLC rigorously protects our copyrighted material and investigates suspected violations. Unauthorized reproduction and/or use of this training course will result in legal action and prosecution under U.S. Copyright laws.**

**By continuing this course, YOU AGREE: To abide by all copyright laws, and to not copy (electronically or otherwise), save, re-use, distribute, or utilize this online training course for any other person(s). -To purchase a new and individual training course for EACH person that you train.**

**By purchasing and completing any of Certified Training Solutions LLC's online and/or webcam or live Train-The-Trainer courses, you agree that you will train only staff/employees within your own company/clinic/facility. In obtaining training/certification from Certified Training Solutions, you also agree that you will purchase a new and separate online course for each person that you train.**

**You agree to pay Certified Training Solutions LLC the following remedy for breach of these terms:**

EXHIBIT 7G

**1. $100.00 for each BAT, STT, or Collector online procedures course that you did not purchase for each person you trained, and**
**2. $400 for each person that you train outside of your own organization/company/facility as either a BAT, STT, or specimen collector.**

**If you do not agree, please exit now and contact us for a full refund. We strictly protect the terms of this agreement, including legal action for breaches of these terms.**
**If you breach these terms, you agree to pay all costs related to your breach including but not limited to: all attorney fees, legal fees, loss-of-revenue, above-stated fees for each person trained, and all additional court-ordered costs, fees, and judgments.**

| User Answer | Correct Answer |
|---|---|
| ✔ I Agree. | I Agree. |

**Feedback:** Thank you. Your agreement is legally binding. Please remember your responsibilities.