EXHIBIT 8

Certified Training Solutions <admin@certifiedtrainingsolutions.com>

**Re: Name Change**

1 message

**Certified Training Solutions** <admin@certifiedtrainingsolutions.com> Fri, Mar 12, 2021 at 8:58 AM
To: Nikki Juliano <NJuliano@convenientmd.com>

I corrected the name. Just log back in and you can download the certificate.

Kindest regards,
Certified Training Solutions
www.CertifiedTrainingSolutions.com
Phone: 307-640-5859

Disclaimer: We occasionally may provide advice and/or our OPINIONS only in response to customer inquiries. These opinions are based on our knowledge, interpretation, and experience in this industry relating to Regulations and requirements (Federal, State, and other). However, the Office of General Counsel is the final authority on any and all Federal/DOT drug testing matters. It is best to check with them and the Office of Drug and Alcohol Policy and compliance and/or your corporate legal counsel on all matters of concern relating to Federal Regulations; or other Regulatory authority relating to matters of concern to you. We are not responsible for misinformation based on our sharing of opinions, nor are we responsible for misunderstanding or misuse of the information. Therefore, before taking any action regarding Regulatory matters, it is YOUR responsibility to ensure that YOU have conducted the proper research -- such as contacting the proper authorities and/or legal counsel, before taking or failing to take action.

On Fri, Mar 12, 2021 at 8:47 AM Nikki Juliano <NJuliano@convenientmd.com> wrote:

> Good Morning!
>
> I took your COC Train the Trainer course a few days ago and was wondering if I could change my name on the certificate. My legal name is "Nicole," not "Nikki." Hopefully you can help me with this!
>
> Best,
> Nikki
>
> *Nikki Juliano BSN, RN*
> Regional Clinical Lead - Northern MA
> Phone: (603)-418- 8919
> Personal Cell: (508)-212-4122
> Email: Njuliano@convenientmd.com
> **www.convenientmd.com**
>
> ConvenientMD
> URGENT CARE
>
> **Disclaimer**
>
> The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the

---

---------- Forwarded message ---------
From: **Marie** <wordpress@certifiedtrainingsolutions.com>
Date: Thu, Dec 22, 2022 at 8:46 AM
Subject: BAT Proficiency Training Information and pricing Form
To: <admin@certifiedtrainingsolutions.com>

First Name: Marie
Last Name: Hall
TelePhone: 603-380-6435
City/State: Portsmouth
Company Name: ConvenientMD
Email: mhall@convenientmd.com
Number of techs: [number-of-techs]
Type of Training: [type-of-training]
Selected Device: Other
Other Device(s): Alcotest 6820
Training Time: 31 to 61 Days

Message: