EXHIBIT 9

# Electronic Articles of Organization For Florida Limited Liability Company

L21000030838
FILED 8:00 AM
January 14, 2021
Sec. Of State
jsadler

## Article I

The name of the Limited Liability Company is:

CERTIFIED TRAINING SOLUTIONS, LLC

## Article II

The street address of the principal office of the Limited Liability Company is:

4345 HELENA ST NE
ST PETERSBURG, FL. US 33703

The mailing address of the Limited Liability Company is:

4345 HELENA ST NE
ST PETERSBURG, FL. US 33703

## Article III

Other provisions, if any:

THIS LLC SHALL BE ORGANIZED FOR ANY AND ALL LAWFUL PURPOSES FOR WHICH AN LLC MAY BE ORGANIZED IN THIS STATE.

## Article IV

The name and Florida street address of the registered agent is:

LISA BRADLEY
4345 HELENA ST NE
ST PETERSBURG, FL. 33703

Having been named as registered agent and to accept service of process for the above stated limited liability company at the place designated in this certificate, I hereby accept the appointment as registered agent and agree to act in this capacity. I further agree to comply with the provisions of all statutes relating to the proper and complete performance of my duties, and I am familiar with and accept the obligations of my position as registered agent.

Registered Agent Signature: LISA BRADLEY

EXHIBIT 9

L21000030838
FILED 8:00 AM
January 14, 2021
Sec. Of State
jsadler

## Article V

The name and address of person(s) authorized to manage LLC:

Title: CEO
LISA BRADLEY
4345 HELENA ST NE
ST PETERSBURG, FL. 33703

## Article VI

The effective date for this Limited Liability Company shall be:

01/13/2021

Signature of member or an authorized representative

Electronic Signature: LISA BRADLEY

I am the member or authorized representative submitting these Articles of Organization and affirm that the facts stated herein are true. I am aware that false information submitted in a document to the Department of State constitutes a third degree felony as provided for in s.817.155, F.S. I understand the requirement to file an annual report between January 1st and May 1st in the calendar year following formation of the LLC and every year thereafter to maintain "active" status.