**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

Plaintiff

v. Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

Defendants.
_________________________/

**DEFENDANTS' MOTION FOR LEAVE TO FILE REPLY**

Defendants ConvenientMD, LLC and Marie Hall, pursuant to Local Rule 3.01(e), move this Court for leave to file a reply memorandum and accompanying declarations to Plaintiff Certified Training Solutions, LLC's ("CTS" or "Plaintiff") Memorandum in Opposition to ConvenientMD, LLC and Marie Hall's Motion to Dismiss, or to Transfer Venue (Doc. 37).

1. In their Motion to Dismiss, or to Transfer Venue (Doc. 28), Defendants raised the defense of personal jurisdiction, as well as improper venue and other arguments. Defendant submitted factual declarations in support of the Motion.

2. Plaintiff filed its opposition (Doc. 37) and submitted a 15-page declaration from Plaintiff's owner and other documents in support. The opposition and declaration includes new and different arguments and purported evidence.

This includes, but is not limited to, argument and evidence concerning the actions of Defendants that allegedly subject them to personal jurisdiction, Defendants' knowledge of Plaintiff's connection to Florida, and the mechanics of alleged purported transmissions or payments into Florida.

3. Due to the nature of the burden-shifting process for raising a personal jurisdiction defense and Plaintiff's submission of evidence in support of its opposition concerning venue, Defendants have not had an opportunity to address the arguments and evidence set forth in Plaintiff's opposition and related submissions. Given the important nature of determining personal jurisdiction, Defendants should be permitted leave to file a reply to address these matters.

4. Such a reply is proper if leave is granted. Courts within the Middle District of Florida regularly grant leave to file a reply and supporting materials in support of a motion to dismiss for lack of personal jurisdiction. *See Edwards v. Pilatus Aircraft, Ltd.*, No. 8:14-CV-1326-T-36MAP, 2015 WL 12838860, at *1 (M.D. Fla. Mar. 13, 2015) (Honeywell, J.) (considering reply); Order, Doc. 48, *Emerald Consulting Partners, LLC v. Messner Reeves, LLP*, No. 8:25-cv-1915 (M.D. Fla. Jul. 14, 2026) (considering reply and supplemental affidavits, Doc. 15, in granting motion to dismiss for lack of personal jurisdiction) (Honeywell, J.); *Brown v. Bottling Group, LLC*, 159 F. Supp. 3d 1308, 1309 (M.D. Fla. 2016) (considering reply and supporting declaration, Doc. 55, No. 8:15-cv-00325, in ruling on motion to dismiss for lack of personal jurisdiction); *Office Gurus, LTDA DE C.V. v. My Office Gurus, LLC,* No. 8:11-CV-206-T-30MAP, 2011 WL 13305320,

at *1 (M.D. Fla. June 28, 2011) (considering reply and supporting evidence, Doc. 15, in granting motion to dismiss for lack of personal jurisdiction); *Hinkle v. Cont'l Motors, Inc.*, 268 F. Supp. 3d 1312, 1317 (M.D. Fla. 2017), *judgment entered*, No. 8:16-CV-2966-T-36MAP, 2018 WL 10096593 (M.D. Fla. Jan. 8, 2018), and *aff'd sub nom. Hinkle v. Cirrus Design Corp.*, 775 Fed. Appx. 545 (11th Cir. 2019) (Honeywell, J.) (considering reply and exhibit, Doc. 15, in granting motion to dismiss for lack of personal jurisdiction).

5. Defendants respectfully seek leave to file a reply of no more than seven pages and appropriate supporting declarations in support of their Motion to Dismiss. Defendants will file the reply no later than seven days after the Court's order on this motion.

**LOCAL RULE 3.01(g) CERTIFICATION**

The undersigned certifies that on August 24, 2026, counsel for Defendants conferred with counsel for Plaintiff via email regarding the relief requested herein. Plaintiff opposes the relief requested.

Respectfully submitted,

*s/ Tori C. Simmons*
Cameron G. Shilling (NHBA 11363)
Cameron.Shilling@mclane.com
Aaron R. Fenton
Aaron.Fenton@mclane.com
MCLANE MIDDLETON, PA
900 Elm St.
Manchester, NH 03101
603-628-1351
*Lead Counsel for Defendants ConvenientMD, LLC and Marie Hall*

Dennis P. Waggoner (FBN 509426)
dennis.waggoner@hwhlaw.com
regina.bigness@hwhlaw.com
Tori C. Simmons (FBN 107081)
tori.simmons@hwhlaw.com
michelle.armstrong@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone: 813-221-3900
Facsimile: 813-221-2900
*Attorneys for Defendants*
*ConvenientMD, LLC and Marie Hall*