**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC,

Plaintiff,

v. Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

Defendants.
_________________________/

**DEFENDANTS DIANE WILLEY, CAITLIN MORSE, MELODY BARRY, KATELYN DALTON, AND DIANA TERESHCHUK'S TIME-SENSTIIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

In accordance with Federal Rule of Civil Procedure 6(b) and Middle District of Florida Local Rule 3.01(e), Defendants Diane Willey, Caitlin Morse, Melody Barry, Katelyn Dalton, and Diana Tereschchuk hereby move for entry of an order granting them extensions of time through and including September 30, 2026, to respond to the Complaint. Defendants make this motion on a time-sensitive basis and seek a ruling before August 31, 2026, which is Defendant Tereshchuk's deadline to respond to the Complaint.

1. Plaintiff filed this lawsuit on April 22, 2026. Defendants have been served as follows:

a. Tereshchuk was served on August 10, 2026, and her deadline to respond to the Complaint is currently August 31, 2026.

b. Dalton was served on August 13, 2026, and her deadline to respond to the Complaint is currently September 3, 2026.

c. Morse was served on August 18, 2026, and her deadline to respond is September 8, 2026.

d. While no affidavits of service have been filed for Willey and Barry, Willey appears to have been served on August 13, 2026, with a September 3, 2026 deadline, and Barry appears to have been served on August 21, with a September 11, 2026 deadline.

2. Two additional defendants, Derek Nelson and Victoria Cline, have not yet been served.

3. Defendants request that each of their respective deadlines be extended to September 30, 2026. Defendants anticipate filing a joint motion to dismiss that includes a challenge to this Court's personal jurisdiction. Good cause exists to extend this time to allow the defendants to prepare the necessary affidavits and to file one motion as opposed to five individual motions.

4. The requested extension will not result in any meaningful delay in the case.

WHEREFORE, Defendants Diane Willey, Caitlin Morse, Melody Barry, Katelyn Dalton, and Diana Tereschchuk respectfully requests that this Court grant an extension of their deadline to respond to the Complaint to September 30, 2026.

## LOCAL RULE 3.01(g) CERTIFICATION

Counsel for Defendants has conferred with counsel for Plaintiff via e-mail on August 26 and 27, but Plaintiff has not yet provided its final position on this motion. Undersigned counsel will update this certificate once Plaintiff's position is provided.

Dated: August 27, 2206

Respectfully submitted,

*s/ Tori C. Simmons*
Dennis P. Waggoner (FBN 509426)
dennis.waggoner@hwhlaw.com
regina.bigness@hwhlaw.com
Tori C. Simmons (FBN 107081)
tori.simmons@hwhlaw.com
michelle.armstrong@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone: 813-221-3900
Facsimile: 813-221-2900

Cameron G. Shilling (NHBA 11363)
Cameron.shilling@mclane.com
McLane Middleton, PA
900 Elm St.
Manchester, NH 03101
603-628-1351
Attorneys for Defendants
ConvenientMD, LLC, Diane Willey, Marie Hall, Caitlin Morse, Melody Barry, Katelyn Dalton, and Diana Tereshchuk