**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

Plaintiff

v. Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

Defendants.
_________________________/

**SUPPELEMENTAL 3.01(g) CERTIFICATION**

In accordance with Middle District of Florida Local Rule 3.01(g), the undersigned certifies that she has continued to confer with Plaintiff's counsel regarding Defendants Diane Willey, Caitlin Morse, Melody Barry, Katelyn Dalton, and Diana Tereschchuk's Time-Sensitive Motion for an Extension of Time to Respond to the Complaint (Doc. 40), and Plaintiff's do not oppose the extension requested in the Motion.

Dated: August 28, 2206

Respectfully submitted,

*s/ Tori C. Simmons*
Dennis P. Waggoner (FBN 509426)
dennis.waggoner@hwhlaw.com
regina.bigness@hwhlaw.com
Tori C. Simmons (FBN 107081)
tori.simmons@hwhlaw.com
michelle.armstrong@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E Kennedy Boulevard, Suite 3700

Tampa, FL 33602
Telephone: 813-221-3900
Facsimile: 813-221-2900

Cameron G. Shilling (NHBA 11363)
Cameron.shilling@mclane.com
McLane Middleton, PA
900 Elm St.
Manchester, NH 03101
603-628-1351
Attorneys for Defendants
ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse, Melody
Barry, Katelyn Dalton, and Diana
Tereshchuk