AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **8:26-cv-01156-CEH-CPT**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Derek Nelson**
was received by me on **8/27/2026:**

☐ I personally served the **SUMMONS; AMENDED COMPLAINT; EXHIBITS** on the individual at *(place)* on *(date)* ; or

☒ I left the summons at the individual's residence or usual place of abode with **Jose Agosto**, a person of suitable age and discretion who resides at **499 Boston Rd Unit 1203, Billerica, MA 01821**, on **08/31/2026 at 3:28 PM**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 165.00** for services, for a total of **$ 165.00**.

I declare under penalty of perjury that this information is true.

Date: 08/31/2026

*Server's signature*

**Johanny B Adames**
*Printed name and title*

**139 Salem St**
**Lawrence, MA 01843**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; AMENDED COMPLAINT; EXHIBITS, to Jose Agosto who identified themselves as the co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a bald male contact 25-35 years of age, 5'10"-6'0" tall and weighing 240-300 lbs.**

Tracking #: **0239668676**