# Exhibit A

Supplemental Declaration of Marie Hall

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

Plaintiff

v. Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

Defendants.
_______________________________/

**SUPPLEMENTAL DECLARATION OF MARIE HALL**

I, Marie Hall, do hereby declare and state as follows:

1. I make the statements in this Declaration based on personal knowledge.

2. I submit this Declaration in support of Defendants ConvenientMD, LLC and Marie Hall's Reply in further support of Motion to Dismiss the Amended Complaint, or Transfer Venue. This Declaration supplements my prior Declaration in this case, dated June 25, 2026 and filed July 30, 2026.

3. When I registered for and accessed the CTS "Train-the-Trainer" course, I had no knowledge or awareness that CTS was operated from, governed by, or otherwise had any connection to the State of Florida.

4. From August 2020 until my departure from ConvenientMD in July 2025, I held the position of Clinical Education manager at ConvenientMD. In



Scanned with CamScanner

that position, I had oversight responsibility over all ConvenientMD's training vendors and training programs, including Certified Training Solutions, LLC ("CTS") and its "Train-the-Trainer" course.

5. Prior to receiving the communications that proceeded this lawsuit from CTS/CTS's attorneys in 2025, I had no knowledge or awareness that CTS was operated from, governed by, or otherwise had any connection to the State of Florida.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on September ___, 2026.**

Marie Hall 9/1/26

Marie Hall





Scanned with CamScanner