# Exhibit B

Supplemental Declaration of Aaron Fenton, *Esq*.

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

Plaintiff

v. Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

Defendants.
_________________________/

**SUPPLEMENTAL DECLARATION OF AARON R. FENTON, *ESQ*.**

I, Aaron R. Fenton, *Esq*., hereby declare and state as follows:

1. I make the statements in this Declaration based on personal knowledge.

2. I submit this Declaration in support of Defendants ConvenientMD, LLC and Marie Hall's Reply in further support of Motion to Dismiss the Amended Complaint, or Transfer Venue. This Declaration supplements my prior Declaration filed in this case, dated and filed July 30, 2026.

3. I am an attorney at the law firm McLane Middleton, Professional Association, located at 900 Elm Street, Manchester, New Hampshire.

4. On September 1, 2026, I performed a series of additional searches using the "WaybackMachine" website (https://web.archive.org/). To the best of my understanding, WaybackMachine is a service that periodically saves copies of

webpages across the internet, thereby memorializing the content of the webpage with a saved time-stamped copy.

5. Specifically, on September 1, 2026, I performed a series of searches for the "Contact Us" page on the Certified Training Solutions, LLC ("CTS") website (http://www.certifiedtrainingsolutions.com:80/contact-us.html). Using the WaybackMachine interface:

a. I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on July 16, 2018. To the best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on July 16, 2018. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit B1.

b. I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on August 23, 2019. To the best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on August 23, 2019. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit B2.

c. I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on August 7, 2020. To the

best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on August 7, 2020. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit B3.

d. I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on July 29, 2021. To the best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on July 29, 2021. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit B4.

e. I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on May 24, 2022. To the best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on May 24, 2022. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit B5.

f. I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on June 6, 2023. To the best of my understanding, this depicts the text contents of the

"Contact Us" page hosted on CTS's website, as that page existed on June 6, 2023. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit B6.

g. I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on January 5, 2024. To the best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on January 5, 2024. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit B7.

h. I accessed a copy of the "Contact Us" page that, according to the WaybackMachine interface, was cataloged on February 19, 2025. To the best of my understanding, this depicts the text contents of the "Contact Us" page hosted on CTS's website, as that page existed on February 19, 2025. I downloaded a copy of this record using Google Chrome's "save as pdf" function, and a true copy is attached as Exhibit B8.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on September 1, 2026.**

___________________________
Aaron R. Fenton
Aaron.Fenton@mclane.com
MCLANE MIDDLETON, PA
900 Elm Street
Manchester, NH 03101

# Exhibit B1

The Wayback Machine - https://web.archive.org/web/20180716165539/http://www.certifiedtrainingsolutions.com:80/contact-us.html

Certified Training Solutions - The Online Training Authority (/web/20180716165539/http://www.certifiedtrainingsolutions.com/)

# CONTACT US

* *Indicates required field*

**Name** *

First

Last

**Email** *

**Phone Number**

**Address**

Line 1

Line 2

City

State

Zip Code

Country

**Comment** *

Submit

Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

Ph.
Toll Free (888) 684-1658
(213) 308-7630
(307) 640-5859

Payment Mailing Address:
Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

Certified Training Solutions Logo

Terms and Conditions (/web/20180716165539/http://www.certifiedtrainingsolutions.com/termsandconditions.html)
Sitemap (/web/20180716165539/http://www.certifiedtrainingsolutions.com/sitemap.html)

Certified Training Solutions/CertifiedTrainingSolutions.com 2011-2018 All Rights Reserved. This Material May Not be Copied or Reproduced In Part or Whole.

Certified Training Solutions Logo

- **Home (/web/20180716165539/http://www.certifiedtrainingsolutions.com/)**
- **Reasonable Suspicion Training (/web/20180716165539/http://www.certifiedtrainingsolutions.com/reasonable-suspicion-training.html)**
- **Reasonable Suspicion Training for General Industry (/web/20180716165539/http://www.certifiedtrainingsolutions.com/reasonable-suspicion-training-for-general-industry.html)**
- **FRA Post Accident Training (/web/20180716165539/http://www.certifiedtrainingsolutions.com/fra-post-accident-training.html)**
- **BREATH ALCOHOL TESTING INSTRUMENTS (/web/20180716165539/http://www.certifiedtrainingsolutions.com/breath-alcohol-testing-instruments.html)**
- **Drug and Alcohol Testing Supplies (/web/20180716165539/http://www.certifiedtrainingsolutions.com/drug-and-alcohol-testing-supplies.html)**
- **Designated Employer Representative (/web/20180716165539/http://www.certifiedtrainingsolutions.com/designated-employer-representative.html)**
- **DOT Specimen Collector Training (/web/20180716165539/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-training.html)**
- **DOT Specimen Collector Train The Trainer (/web/20180716165539/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-train-the-trainer.html)**
- **DOT Specimen Collector Classes (/web/20180716165539/http://www.certifiedtrainingsolutions.com/dot-specimen-collector-classes.html)**
- **Breath Alcohol Technician (BAT) Training (/web/20180716165539/http://www.certifiedtrainingsolutions.com/breath-alcohol-technician-bat-training.html)**
- **Breath Alcohol Technician Training (BAT) Classes (/web/20180716165539/http://www.certifiedtrainingsolutions.com/breath-alcohol-technician-training-bat-classes.html)**
- **Screening Test Technician (STT) Training (/web/20180716165539/http://www.certifiedtrainingsolutions.com/screening-test-technician-stt-training.html)**
- **Screening Test Technician Classes (/web/20180716165539/http://www.certifiedtrainingsolutions.com/screening-test-technician-classes.html)**
- **How To Start A Drug And Alcohol Testing Business (/web/20180716165539/http://www.certifiedtrainingsolutions.com/how-to-start-a-drug-and-alcohol-testing-business.html)**
- **Drug Free Workplace Training (/web/20180716165539/http://www.certifiedtrainingsolutions.com/drug-free-workplace-training.html)**
- **DOT Drug and Alcohol Testing Regulations Training (/web/20180716165539/http://www.certifiedtrainingsolutions.com/dot-drug-and-alcohol-testing-regulations-training.html)**
- **Bloodborne Pathogens Training (/web/20180716165539/http://www.certifiedtrainingsolutions.com/bloodborne-pathogens-training.html)**
- **Corporate Training Solutions (/web/20180716165539/http://www.certifiedtrainingsolutions.com/corporate-training-solutions.html)**
- **Real Estate Continuing Education (/web/20180716165539/http://www.certifiedtrainingsolutions.com/real-estate-continuing-education.html)**
- **Certified Training Solutions Newsletter (/web/20180716165539/http://www.certifiedtrainingsolutions.com/certified-training-solutions-newsletter.html)**
- **Contact Us (/web/20180716165539/http://www.certifiedtrainingsolutions.com/contact-us.html)**
- **Donate | St Paco's Place Animal Rescue (/web/20180716165539/http://www.certifiedtrainingsolutions.com/donate--st-pacos-place-animal-rescue.html)**
- **Certified Training Solutions Blog (/web/20180716165539/http://www.certifiedtrainingsolutions.com/certified-training-solutions-blog.html)**
- **DOT Random Testing Rates (/web/20180716165539/http://www.certifiedtrainingsolutions.com/dot-random-testing-rates.html)**
- **Estudiantes que regresaban, haga clic aquí para iniciar sesión (https://web.archive.org/web/20180716165539/https://certifiedtrainingsolutionsenespanol.learnupon.com/users/sign_in)**
- **Enter Bulk Purchase Code Verification (https://web.archive.org/web/20180716165539/https://certifiedtrainingsolutions.learnupon.com/bulk_code_verification)**
- **Returning Students -- Click Here to login (https://web.archive.org/web/20180716165539/https://certifiedtrainingsolutions.learnupon.com/users/sign_in)**
- **Log In**

# Exhibit B2

StatCounter - Free Web Tracker and Counter

The Wayback Machine - https://web.archive.org/web/20190823030103/https://www.certifiedtrainingsolutions.com/contact-us.html

Menu

- Home
- Designated Employer Representative (DER)
- Reasonable Suspicion Training (DOT)
- Reasonable Suspicion Course for Supervisors (NON-DOT)
- Drug Testing Courses
- DOT Specimen Collector Training
- DOT Specimen Collector Instructor
- DOT Specimen Collector Classes
- Breath Alcohol Technician (BAT) Training
- Breath Alcohol Technician Training (BAT) Classes
- FRA Post-Accident Training
- FMCSA Post Accident Testing Training
- Breath Alcohol Testing Instruments
  - THE JUPITER ALCOVISOR EBT
    - Jupiter Alcovisor Brochure
    - Jupiter Alcovisor Technical Specifications
  - THE MERCURY ALCOVISOR EBT
    - Mercury Alcovisor EBT Technical Specifications
  - THE MARK V ALCOVISOR EBT
    - Mark V Alcovisor Technical Specifications
  - Phoenix 6.0 EBT
    - Phoenix 6.0 EBT Technical Specifications
  - EV30 EBT
    - Lifeloc EV30 Technical Specifications
  - Passive Alcohol Sensor Flashlight
    - PAS IV Passive Alcohol Sensor Technical Specifications
  - Order Testing Supplies Here
- Drug and Alcohol Testing Supplies
- Screening Test Technician Training
- Screening Test Technician (STT) Classes
- How To Start A Drug And Alcohol Testing Business
- Drug Free Workplace Training
  - Ohio Drug Free Safety Program Training
- DOT Drug and Alcohol Testing Regulations Training
- Bloodborne Pathogens Training
- Corporate Training Solutions
- Newsletter
- Blog
- Contact us
- DOT Random Testing Rates
- Donate I St.Paco’s Place Animal Rescue

Search here...

## Social icons

## Recent Posts

- **FMCSA Military Driver Programs Will Make it Easier for Military & Veterans to Become CDL Drivers**

  November 8, 2018

- **What are the DOT requirements for Reasonable Suspicion Training for Supervisors? Learn the answer NOW in this FREE, on-demand webinar**

  September 15, 2018

- **Post-Accident Drug and Alcohol Testing Requirements Under the FMCSA**

  August 16, 2018

Call (307) 640-5859 or (213) 308-7630 Call Toll Free (888) 684-1658

# Contact Certified Training Solutions

- Home
- Contact Certified Training Solutions

---

## Contact Certified Training Solutions

### Fill out the form below or CALL US at 307-640-5859

* Indicates required field

### First Name*

### Last Name*

### Email*

### Phone Number*

### Address Line 1

### Address Line 2

### City

### State

## Zip Code

## Country

## Comment

Send

Certified Training Solutions Logo

Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922Ph.
Toll Free (888) 684-1658
(213) 308-7630
(307) 640-5859
Payment Mailing Address:
Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

## Menu

- Drug & Alcohol Testing Courses and Certification Training
- Blog
- Certified Training Solutions – Newsletter
- Contact Certified Training Solutions
- Terms and Conditions

## Contact Us

**Certified Training Solutions**
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

Call Us: (307) 640-5859

Email: admin@certifiedtrainingsolutions.com

Certified Training Solutions/CertifiedTrainingSolutions.com 2011-2018 All Rights Reserved.
This Material May Not be Copied or Reproduced In Part or Whole.

# Exhibit B3

Statcounter
The Wayback Machine - https://web.archive.org/web/20200807214635/https://www.certifiedtrainingsolutions.com/contact-us.html

**Call (307) 640-5859 or (213) 308-7630 Call Toll Free (888) 684-1658**

# Contact Certified Training Solutions

Home ⦿ Contact Certified Training Solutions

Menu

Search here...

## Social icons

## Recent Posts

- **Department of Transportation Re-qualification Training Guidance Announced – Certified Training Solutions Can Help!**

  June 18, 2020

- **Breathalyzer Care & Cleaning During the Coronavirus Pandemic**

  May 18, 2020

- **DOT Coronavirus Guidance for Drug & Alcohol Testing**

  March 26, 2020

# Contact Certified Training Solutions

Fill out the form below or CALL US at 307-640-5859

*** Indicates required field**

**First Name***

**Last Name***

**Email***

**Phone Number***

**Address Line 1**

**Address Line 2**

**City**

**State**

**Zip Code**

**Country**

**Comment**

Send

Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922
Toll Free (888) 684-1658
(213) 308-7630
(307) 640-5859

Payment Mailing Address:
Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

## Menu

Drug & Alcohol Testing Courses and Certification Training
Blog
Certified Training Solutions – Newsletter
Contact Certified Training Solutions
Terms and Conditions

## Contact Us

**Certified Training Solutions**

2042 Town Center Blvd. Suite 120

Knoxville, TN 37922

Call Us: (307) 640-5859

Email: admin@certifiedtrainingsolutions.com

Certified Training Solutions/CertifiedTrainingSolutions.com 2011-2020 All Rights Reserved.
This Material May Not be Copied or Reproduced In Part or Whole.

# Exhibit B4

Certified Training Solutions

**Call (307) 640-5859 or (213) 308-7630 Call Toll Free (888) 684-1658**

Contact Certified Training Solutions, LLC

Menu

Home ⦿ Contact Certified Training Solutions, LLC

Search here...

## Social icons

## Recent Posts

- **Certified Training Solutions Newsletters Updated With New Links and Resources**

  September 1, 2020

- **Federal Custody and Control Form (CCF) Expiration Date Extended through August 2021**

  August 18, 2020

- **Department of Transportation Re-qualification Training Guidance Announced – Certified Training Solutions Can Help!**

  June 18, 2020

# Contact Certified Training Solutions, LLC

## Fill out the form below or CALL US at 307-640-5859

* Indicates required field

First Name*

Last Name*

Email*

Phone Number*

Address Line 1

Address Line 2

City

State

Zip Code

Country

Comment

Send

Certified Training Solutions, LLC
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922
Toll Free (888) 684-1658
(213) 308-7630
(307) 640-5859
Payment Mailing Address:
Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

# Menu

- Drug & Alcohol Testing Courses and Certification Training
- Blog
- Certified Training Solutions, LLC – Newsletter
- Contact Certified Training Solutions, LLC
- Terms and Conditions
- DOT Oral Fluid Specimen Collector Training and Certification Online Course

# Contact Us

**Certified Training Solutions, LLC**

2042 Town Center Blvd. Suite 120

Knoxville, TN 37922

Call Us: (307) 640-5859

Email: admin@certifiedtrainingsolutions.com

Certified Training Solutions, LLC/CertifiedTrainingSolutions.com 2011-2021 All Rights Reserved.

This Material May Not be Copied or Reproduced In Part or Whole.

# Exhibit B5

The Wayback Machine - https://web.archive.org/web/20220524130108/https://certifiedtrainingsolutions.com/contact-us.html

Menu

- Home
- Drug Testing Courses
- DOT Specimen Collector Training
- DOT Specimen Collector Instructor
- DOT Specimen Collector Classes
  - Registration Form Specimen Collector Proficiency Webcam Class
- Breath Alcohol Technician (BAT) Training
  - Breath Alcohol Technician Training (BAT) Classes
- Breath Alcohol Testing Instruments
  - THE JUPITER ALCOVISOR EBT
    - Jupiter Alcovisor Technical Specifications
  - THE MERCURY ALCOVISOR EBT
    - Mercury Alcovisor EBT Technical Specifications
  - THE MARK V ALCOVISOR EBT
    - Mark V Alcovisor Technical Specifications
  - Phoenix 6.0 EBT
    - Phoenix 6.0 EBT Technical Specifications
  - EV30 EBT
    - Lifeloc EV30 Technical Specifications
  - Passive Alcohol Sensor Flashlight
    - PAS IV Passive Alcohol Sensor Technical Specifications
  - Order Testing Supplies Here
- Reasonable Suspicion Training (DOT)
- Reasonable Suspicion Course for Supervisors (NON-DOT)
- Coming Soon – DOT Oral Fluid Specimen Collector Training
- Designated Employer Representative (DER)
- FRA Post-Accident Training
- FTA Post Accident Testing Training and Other Test Reasons Course
- FMCSA Post Accident Testing Training
- Screening Test Technician Training
- Screening Test Technician (STT) Classes
- How To Start A Drug And Alcohol Testing Business
- Drug Free Workplace Training
- Ohio Drug Free Safety Program Training
- Tennessee Drug Free Workplace Training
- DOT Drug and Alcohol Testing Regulations Training
- Bloodborne Pathogens Training
- Corporate Training Solutions
- Newsletter
- Blog
- Contact us
- DOT Random Testing Rates
- Donate I St.Paco's Place Animal Rescue

Search here...

## Social icons

- 
- 
- 
- 

## Recent Posts

- [Certified Training Solutions Newsletters Updated With New Links and Resources]

  September 1, 2020

- [Federal Custody and Control Form (CCF) Expiration Date Extended through August 2021]

  August 18, 2020

- [Department of Transportation Re-qualification Training Guidance Announced – Certified Training Solutions Can Help!]

  June 18, 2020

**Call (307) 640-5859 or (213) 308-7630 Call Toll Free (888) 684-1658**

# Contact Certified Training Solutions, LLC

- Home
- Contact Certified Training Solutions, LLC

## Contact Certified Training Solutions, LLC

### Fill out the form below or CALL US at 307-640-5859

* Indicates required field

**First Name***

**Last Name***

**Email***

**Phone Number***

**Address Line 1**

**Address Line 2**

**City**

**State**

## Zip Code

## Country

## Comment

## [anr_nocaptcha g-recaptcha-response]

Send

Certified Training Solutions, LLC
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922
Toll Free (888) 684-1658
(213) 308-7630
(307) 640-5859
Payment Mailing Address:
Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

## Menu

- Drug & Alcohol Testing Courses and Certification Training
- Blog
- Certified Training Solutions, LLC – Newsletter
- Contact Certified Training Solutions, LLC
- Terms and Conditions
- DOT Oral Fluid Specimen Collector Training and Certification Online Course

## Contact Us

**Certified Training Solutions, LLC**
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

Call Us: (307) 640-5859

Email: admin@certifiedtrainingsolutions.com

Certified Training Solutions, LLC/CertifiedTrainingSolutions.com 2011-2022 All Rights Reserved.
This Material May Not be Copied or Reproduced In Part or Whole.

# Exhibit B6

The Wayback Machine - https://web.archive.org/web/20230606184003/https://certifiedtrainingsolutions.com/contact-us.html

**Call (307) 640-5859 or (213) 308-7630 Call Toll Free (888) 684-1658**

(https://web.archive.org/web/20230606184003/https://certifiedtrainingsolutions.com/)

# Contact Certified Training Solutions, LLC

Home (https://web.archive.org/web/20230606184003/https://certifiedtrainingsolutions.com/) Contact Certified Training Solutions, LLC

Menu

Search here...

Social icons

(https://web.archive.org/web/20230606184003/https://www.linkedin.com/company/certified-training-solutions) (https://web.archive.org/web/20230606184003/https://pinterest.com/certified/) (https://web.archive.org/web/20230606184003/https://twitter.com/certified/) (https://web.archive.org/web/20230606184003/https://www.youtube.com/channel/UCIWZpy8IFSndbwBuKK2HdEA)

Recent Posts

**The Good News and Bad News about DOT Approved Use of Oral Fluid Drug Testing (https://web.archive.org/web/20 good-news-and-bad-news-about-dot-approved-use-of-oral-fluid-drug-testing/)**

May 2, 2023

**Department of Transportation (DOT) Will Soon Allow Oral Fluid for DOT Drug Tests (https://web.archive.org/web/20 of-transportation-dot-will-soon-allow-oral-fluid-for-dot-drug-tests/)**

May 2, 2023

**What if a donor will not provide their SSN or ID number for a urine drug collection? (https://web.archive.org/web/20 if-a-donor-will-not-provide-their-ssn-or-id-number-for-a-urine-drug-collection/)**

February 1, 2023

## Contact Certified Training Solutions, LLC

Fill out the form below or CALL US at 307-640-5859

*** Indicates required field**

Drag To Verify

→ Failed to load

## First Name*

**Last Name***

**Email***

**Phone Number***

**Address Line 1**

**Address Line 2**

**City**

**State**

**Zip Code**

**Country**

**Comment**

[anr_nocaptcha g-recaptcha-response]

Send

Certified Training Solutions, LLC
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922
Toll Free (888) 684-1658
(213) 308-7630
(307) 640-5859
Payment Mailing Address:
Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

## Menu

Drug & Alcohol Testing Courses and Certification Training (https://web.archive.org/web/20230606184003/https://certifiedtrainingsolutions.com/)
Blog (https://web.archive.org/web/20230606184003/https://certifiedtrainingsolutions.com/blog.html)
Certified Training Solutions, LLC – Newsletter (https://web.archive.org/web/20230606184003/https://certifiedtrainingsolutions.com/newsletter.html)
Contact Certified Training Solutions, LLC (https://web.archive.org/web/20230606184003/https://certifiedtrainingsolutions.com/contact-us.html)
Terms and Conditions (https://web.archive.org/web/20230606184003/https://certifiedtrainingsolutions.com/termsandconditions.html)
DOT Oral Fluid Specimen Collector Training and Certification Online Course (https://web.archive.org/web/20230606184003/https://certifiedtrainingsolutions.com/oral-fluid-collector-training.html)

## Contact Us

**Certified Training Solutions, LLC**
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922
Call Us: (307) 640-5859
Email: admin@certifiedtrainingsolutions.com (https://web.archive.org/web/20230606184003/mailto:admin@certifiedtrainingsolutions.com)

Certified Training Solutions, LLC. / CertifiedTrainingSolutions.com 2011-2023 All Rights Reserved.
This Material May Not be Copied or Reproduced In Part or Whole.

# Exhibit B7

The Wayback Machine - https://web.archive.org/web/20240105182716/https://certifiedtrainingsolutions.com/contact-us.html

**Call (307) 640-5859 or (213) 308-7630 Call Toll Free (888) 684-1658**

Contact Certified Training Solutions, LLC

(https://web.archive.org/web/20240105182716/https://certifiedtrainingsolutions.com/)

Home (https://web.archive.org/web/20240105182716/https://certifiedtrainingsolutions.com/) Contact Certified Training Solutions, LLC

Menu

Search here...

# Contact Certified Training Solutions, LLC

Fill out the form below or CALL US at 307-640-5859

*** Indicates required field**

Drag To Verify

Social icons

(https://web.archive.org/web/20240105182716/https://www.linkedin.com/company/certified-training-solut[illegible] (https://web.archive.org/web/20240105182716/https://www.youtube.com/channel/UCIWZpy8IFSndbwBuKK2HdEA)

Recent Posts

**Oral Fluid Drug Testing for Department of Transportation (DOT) Regulated Employees: Approved But Delayed (https://web.archive.org/web/2[…]fluid-drug-testing-for-department-of-transportation-dot-regulated-employees-approved-but-delayed/)**

June 6, 2023

**The Good News and Bad News about DOT Approved Use of Oral Fluid Drug Testing (https://web.archive.org/web/2[…]good-news-and-bad-news-about-dot-approved-use-of-oral-fluid-drug-testing/)**

May 2, 2023

**Department of Transportation (DOT) Will Soon Allow Oral Fluid for DOT Drug Tests (https://web.archive.org/web/2[…]of-transportation-dot-will-soon-allow-oral-fluid-for-dot-drug-tests/)**

May 2, 2023

→ Failed to load

## First Name*

**Last Name***

**Email***

**Phone Number***

**Address Line 1**

**Address Line 2**

**City**

**State**

**Zip Code**

**Country**

**Comment**

[anr_nocaptcha g-recaptcha-response]

Send

Certified Training Solutions, LLC
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922
Toll Free (888) 684-1658
(213) 308-7630
(307) 640-5859
Payment Mailing Address:
Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

## Menu

Drug & Alcohol Testing Courses and Certification Training (https://web.archive.org/web/20240105182716/https://certifiedtrainingsolutions.com/)
Blog (https://web.archive.org/web/20240105182716/https://certifiedtrainingsolutions.com/blog.html)
Certified Training Solutions, LLC – Newsletter (https://web.archive.org/web/20240105182716/https://certifiedtrainingsolutions.com/newsletter.html)
Contact Certified Training Solutions, LLC (https://web.archive.org/web/20240105182716/https://certifiedtrainingsolutions.com/contact-us.html)
Terms and Conditions (https://web.archive.org/web/20240105182716/https://certifiedtrainingsolutions.com/termsandconditions.html)
DOT Oral Fluid Specimen Collector Training and Certification Online Course (https://web.archive.org/web/20240105182716/https://certifiedtrainingsolutions.com/oral-fluid-collector-training.html)

## Contact Us

**Certified Training Solutions, LLC**
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922
Call Us: (307) 640-5859
Email: admin@certifiedtrainingsolutions.com (https://web.archive.org/web/20240105182716/mailto:admin@certifiedtrainingsolutions.com)

Certified Training Solutions, LLC. / CertifiedTrainingSolutions.com 2011-2023 All Rights Reserved.
This Material May Not be Copied or Reproduced In Part or Whole.

# Exhibit B8

The Wayback Machine - https://web.archive.org/web/20250219015117/https://certifiedtrainingsolutions.com/contact-us.html

**Call (307) 640-5859 or (213) 308-7630 Call Toll Free (888) 684-1658**

Contact Certified Training Solutions, LLC

(https://web.archive.org/web/20250219015117/https://certifiedtrainingsolutions.com/)

Home (https://web.archive.org/web/20250219015117/https://certifiedtrainingsolutions.com/) Contact Certified Training Solutions, LLC

Menu

Search here...

Social icons

(https://web.archive.org/web/20250219015117/https://www.linkedin.com/company/certified-training-solutions...) (https://web.archive.org/web/20250219015117/https://www.pinterest.com/certified...) (https://web.archive.org/web/20250219015117/https://twitter.com/...) (https://web.archive.org/web/20250219015117/https://www.youtube.com/channel/UCIWZpy8IFSndbwBuKK2HdEA)

Recent Posts

**Oral Fluid Specimen Collector Training for Department of Transportation (DOT) Drug Testing Now Available! (https://web.archive.org/web/2... fluid-specimen-collector-training-for-department-of-transportation-dot-drug-testing-now-available/)**

December 16, 2024

**Oral fluid specimen collector training for DOT drug testing available SOON! (https://web.archive.org/web/2... fluid-specimen-collector-training-for-dot-drug-testing-available-soon/)**

November 25, 2024

**Department of Transportation (DOT) Oral Fluid Drug Testing for Regulated Employees Still Delayed (https://web.archive.org/web/2... of-transportation-dot-oral-fluid-drug-testing-for-regulated-employees-still-delayed/)**

March 18, 2024

## Contact Certified Training Solutions, LLC

Fill out the form below or CALL US at 307-640-5859

*** Indicates required field**

Drag To Verify

**First Name***

**Last Name***

**Email***

**Phone Number***

**Address Line 1**

**Address Line 2**

**City**

**State**

**Zip Code**

**Country**

**Comment**

[anr_nocaptcha g-recaptcha-response]

Send

Certified Training Solutions, LLC
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922
(307) 640-5859
(213) 308-7630
Toll Free: (888) 684-1658

Payment Mailing Address:
Certified Training Solutions
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922

## Menu

Drug & Alcohol Testing Courses and Certification Training (https://web.archive.org/web/20250219015117/https://certifiedtrainingsolutions.com/)
Blog (https://web.archive.org/web/20250219015117/https://certifiedtrainingsolutions.com/blog.html)
Certified Training Solutions, LLC – Newsletter (https://web.archive.org/web/20250219015117/https://certifiedtrainingsolutions.com/newsletter.html)
Contact Certified Training Solutions, LLC (https://web.archive.org/web/20250219015117/https://certifiedtrainingsolutions.com/contact-us.html)
Terms and Conditions (https://web.archive.org/web/20250219015117/https://certifiedtrainingsolutions.com/termsandconditions.html)
DOT Oral Fluid Specimen Collector Training and Certification Online Course (https://web.archive.org/web/20250219015117/https://certifiedtrainingsolutions.com/oral-fluid-collector-training.html)

## Contact Us

**Certified Training Solutions, LLC**
2042 Town Center Blvd. Suite 120
Knoxville, TN 37922
Call Us: (307) 640-5859
Email: admin@certifiedtrainingsolutions.com (https://web.archive.org/web/20250219015117/mailto:admin@certifiedtrainingsolutions.com)

Certified Training Solutions, LLC. / CertifiedTrainingSolutions.com 2011-2025 All Rights Reserved.
This Material May Not be Copied or Reproduced In Part or Whole.