| RETURN OF SERVICE | Court Stamp Here |
|---|---|
| Court: UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA | |
| Plaintiff: CERTIFIED TRAINING SOLUTIONS, LLC | Case #: 8:26-cv-01156-CEH-CPT |
| Defendant: CONVENIENTMD, LLC; ET AL | Hearing Date |
| Person to be Served: Melody Barry | Came to Hand Date/Time |
| Reason Unable to Serve | |
| Documents: Exhibits;Complaint;Summons | Service Fee |

Received by ______________________________, on the ______ day of ______________, 20____ to be served upon **Melody Barry** at **12 Carroll St, Nashua, Hillsborough County, NH 03063-3105**.

I, ________________________________________, being duly sworn, depose and say that on the __________ day of ______________________, 20____at__________ o'clock ____M, I **SERVED** the within named defendant at **12 Carroll St, Nashua, Hillsborough County, NH 03063-3105** in the manner described below:

☐ **Individual Service**
by personally delivering a copy of the below-listed documents to the named Defendant.

_______________________________________________
*Physical description*

See Attached

☐ **Substituted / Residential Service**
by personally leaving a copy of the below-listed documents at his/her usual place of abode with:

_______________________ _______________________
*Name* *Relationship*
*Person Receiving Documents and Their Relationship*

_______________________________________________
*Physical description*

who is 15 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

**COMMENTS**

_______________________________________________

_______________________________________________

Ref **CTS/Barry**

**0235313397**

abclegal **FOUR RIVERS LAW FIRM**

Tracking # **0235948590**

HILLSBOROUGH COUNTY SHERIFF'S OFFICE
329 MAST ROAD
GOFFSTOWN, NH 03045

SHERIFF WRIT 26-5687-CP

DOCKET NUMBER 8:26-CV-01156-CEH-CP

CERTIFIED TRAINING COLUTIONS, LLC V. BARRY, M

AFFIDAVIT OF SERVICE

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS

08/21/2026

I, DEPUTY SHERIFF LEANDRO HIDALGO, BEING FIRST DULY SWORN, DEPOSE AND SAY THAT I AM A DULY APPOINTED AND QUALIFIED DEPUTY SHERIFF IN AND FOR SAID COUNTY OF HILLSBOROUGH, AND THAT I AM AUTHORIZED TO SERVE CIVIL PROCESS BY THE LAW OF THE STATE OF NEW HAMPSHIRE THAT ON 08/21/2026, I MADE SERVICE OF THE SUMMONS AND COMPLAINT UPON THE WITHIN NAMED DEFENDANT BY GIVING IN HAND TO MELODY BARRY BEING AT 12 CARROLL ST, NASHUA, NH, IN SAID COUNTY, A COPY OF SAID DOCUMENTS AT 11:20am.

DEPUTY SHERIFF LEANDRO HIDALGO

STATE OF NEW HAMPSHIRE
HILLSBOROUGH, SS

SUBSCRIBED AND SWORN TO, BEFORE ME, ON 08/24/2026.

NOTARY PUBLIC

STEPHANIE R. MASTRORILLI
JUSTICE OF THE PEACE
-MY- COMMISSION EXPIRES APR. 30, 2030
NOTARY PUBLIC
NEW HAMPSHIRE

Court Stamp Here

# NON-SERVICE RETURN

| | | | |
|---|---|---|---|
| Court | UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA | | |
| Plaintiff | CERTIFIED TRAINING SOLUTIONS, LLC | Case # | 8:26-cv-01156-CEH-CPT |
| Defendant | CONVENIENTMD, LLC; ET AL | Hearing Date | |
| Person to be Served | Melody Barry | Came to Hand Date/Time | |
| Reason Unable to Serve | | | |
| Documents | Exhibits;Complaint;Summons | Service Fee | |

Received by _________________________________, on the ______ day of _______________, 20____ to be served upon **Melody Barry** at **12 Carroll St, Nashua, Hillsborough County, NH 03063-3105**.

I, __________________________________________, being duly sworn, depose and say that on the ___________ day of ________________________, 20____at__________ o'clock ____M, I **NON-SERVED** the within named defendant.

After due search, careful inquiry and diligent attempts at **12 Carroll St, Nashua, Hillsborough County, NH 03063-3105**, I have been unable to effect process upon the person//entity being served due to the following reason(s):

*Date* *Time* *Address* *Remarks*

**COMMENTS**

**Documents Served:** **Exhibits; Complaint; Summons**, with the date and hour of service endorsed thereon by me.

Notary not required pursuant to F.S. 92.525(2).

| Plaintiff | Defendant | Case # |
|---|---|---|
| **CERTIFIED TRAINING SOLUTIONS, LLC** | **CONVENIENTMD, LLC; ET AL** | **8:26-cv-01156-CEH-CPT** |

I am over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME:

_First Name Last Name_ _Server ID #_ _Date_