FOR RETURN
SEE ATTACHED

Court Stamp Here

# RETURN OF SERVICE

| | | | |
|---|---|---|---|
| Court | UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA | | |
| Plaintiff | CERTIFIED TRAINING SOLUTIONS, LLC | Case # | 8:26-cv-01156-CEH-CPT |
| Defendant | CONVENIENTMD, LLC; Et Al | Hearing Date | |
| Person to be Served | Diane Willey | Came to Hand Date/Time | |
| Reason Unable to Serve | | | |
| Documents | Exhibits;Complaint;Summons | Service Fee | |

Received by ______________________________, on the ______ day of ______________, 20____ to be served upon **Diane Willey** at **54 Polly Ann Park, Dover, Strafford County, NH 03820-4679**.

I, ______________________________________, being duly sworn, depose and say that on the __________ day of ______________________, 20____at_________ o'clock ____M, I **SERVED** the within named defendant at **54 Polly Ann Park, Dover, Strafford County, NH 03820-4679** in the manner described below:

☐ **Individual Service**
by personally delivering a copy of the below-listed documents to the named Defendant.

______________________________________________
*Physical description*

☐ **Substituted / Residential Service**
by personally leaving a copy of the below-listed documents at his/her usual place of abode with:

______________________ ______________________
*Name* *Relationship*
*Person Receiving Documents and Their Relationship*

______________________________________________
*Physical description*

who is 15 years of age or older, a person residing therein of who confirmed the Defendant resides at the above address and informed that person of the contents thereof.

**COMMENTS**

______________________________________________

______________________________________________

Ref **CTS/Willey**
**0235315783**

abclegal **FOUR RIVERS LAW FIRM**

Tracking # **0235948456**

| Plaintiff | Defendant | Case # |
|---|---|---|
| CERTIFIED TRAINING SOLUTIONS, LLC | CONVENIENTMD, LLC; Et Al | 8:26-cv-01156-CEH-CPT |

**I asked the indicated person whether the defendant was presently in the military service of the United States Government or in active duty in the military service of the State of Florida, their response is circled below:**

Yes No Refused (circle one)

**Documents Served:** **Exhibits; Complaint; Summons**, with the date and hour of service endorsed thereon by me.

Notary not required pursuant to F.S. 92.525(2).

I am over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME:

*First Name Last Name* *Server ID #* *Date*

STRAFFORD COUNTY SHERIFF'S OFFICE
259 COUNTY FARM ROAD, SUITE 105
DOVER, NH 03820

RETURN OF SERVICE

Invoice Number: 26STC-1926-CP

Court:

Docket Number:

STATE OF NEW HAMPSHIRE
STRAFFORD, SS

On 08/14/2026, I served the within named,

DIANE WILLEY

by IN HAND service of the aforenamed, located at 54 POLLY ANN PARK, DOVER, NH in said County, an attested copy/copies of the attached Summons in a Civil Action-State of Florida at 09:15am.

DEPUTY SHERIFF PAUL B ROWE
Deputy Sheriff
Strafford County Sheriff's Office

Fees:
Service $33.52
Mileage $6.05
Copy/Copies 35.00
Postage & Handling 8.50
In Hand Service Required 33.52

Total $116.59

Court Stamp Here

# NON-SERVICE RETURN

| | | | |
|---|---|---|---|
| Court | UNITED STATES DISTRICT COURT<br>MIDDLE DISTRICT OF FLORIDA | | |
| Plaintiff | CERTIFIED TRAINING SOLUTIONS, LLC | Case # | 8:26-cv-01156-CEH-CPT |
| Defendant | CONVENIENTMD, LLC; Et Al | Hearing Date | |
| Person to be Served | Diane Willey | Came to Hand Date/Time | |
| Reason Unable to Serve | | | |
| Documents | Exhibits;Complaint;Summons | Service Fee | |

Received by ________________________________, on the ______ day of _______________, 20____ to be served upon **Diane Willey** at **54 Polly Ann Park, Dover, Strafford County, NH 03820-4679**.

I, ________________________________________, being duly sworn, depose and say that on the ___________ day of ________________________, 20____at__________ o'clock ____M, I **NON-SERVED** the within named defendant.

After due search, careful inquiry and diligent attempts at **54 Polly Ann Park, Dover, Strafford County, NH 03820-4679**, I have been unable to effect process upon the person//entity being served due to the following reason(s):

*Date* *Time* *Address* *Remarks*

**COMMENTS**

**<u>Documents Served:</u> Exhibits; Complaint; Summons**, with the date and hour of service endorsed thereon by me.

Notary not required pursuant to F.S. 92.525(2).

Ref **CTS/Willey**

**0235315783**

abclegal **FOUR RIVERS LAW FIRM**

Tracking # **0235948471**

| Plaintiff | Defendant | Case # |
|---|---|---|
| **CERTIFIED TRAINING SOLUTIONS, LLC** | **CONVENIENTMD, LLC; Et Al** | **8:26-cv-01156-CEH-CPT** |

I am over the age of eighteen, not a party to nor interested in the above entitled action, and have the proper authority in the jurisdiction in which this service was made, pursuant to Chapter 48 of Florida Statutes. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true and accurate.

NAME:

*First Name Last Name* *Server ID #* *Date*