AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **8:26-cv-01156-CEH-CPT**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Victoria Cline**
was received by me on **8/11/2026:**

☐ I personally served the **SUMMONS; AMENDED COMPLAINT; EXHIBIT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Moved** after attempting service at **2 Tower Rd, Liberty, ME 04949-3025**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date: 08/17/2026

[signature]
*Server's signature*

**Andrew Clary**
*Printed name and title*

**17 Rainbow Road**
**Belgrade, ME 04917**

*Server's address*

Additional information regarding attempted service, etc:

**8/12/2026 10:36 AM: There was no answer at the address.**
**8/12/2026 10:41 AM: I placed a phone call to number ending in 2398 resulting in leaving voice mail.**
**8/12/2026 10:52 AM: There was no answer at the address. I spoke with a neighbor who says not resident. A neighbor at 51 Tower Rd. Informed me that the subject has moved to Ohio.**
**8/12/2026 3:50 PM: I received a phone call from number ending in 2879. I received a phone call from the current resident of the given address. I was informed by that resident that the subject has moved. He did not have information on the subjects current address.**

Tracking #: **0237480066**