**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CERTIFIED TRAINING SOLUTIONS, LLC,
a Florida limited liability company,

Plaintiff,

Case No.: 8:26-cv-01156-CEH-CPT

v.

CONVENIENTMD, LLC, DIANE WILLEY,
MARIE HALL, CAITLIN MORSE,
MELODY BARRY, DEREK NELSON,
KATELYN DALTON, DIANA
TERESHCHUK,
and VICTORIA CLINE,

Defendants.
_______________________________________/

**SUPPLEMENT TO SECOND MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE PURSUANT TO LOCAL RULE 3.01(g)**

The movant listed below hereby certifies that, in compliance with Local Rule 3.01(g)(3), she attempted diligently for three days to contact the opposing party in good faith to confer on the Second Motion for Extension of Time to Effectuate Service, filed on September 8, 2026 at Doc. # 47. The movant below conferred with the opposing party in good faith by email on September 10, 2026, and states that the opposing party does not object to the relief requested herein.

Dated: September 10, 2026.

Respectfully submitted,

/s/ Julia Hannah Weber
Julia Hannah Weber
Florida Bar No. 1045592
Joseph F. Southron, Esq.
Florida Bar No. 122109
**SOUTHRON FIRM, P.A.**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Tel. (813) 773-5105
Fax (813) 683-4338
julia.weber@southronfirm.com
joe@southronfirm.com
eservice@southronfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on September 10, 2026, with the Court via CM/ECF system, which will send notification of such filing to all parties and counsel of record.

/s/ Julia Hannah Weber
Julia Hannah Weber
Florida Bar No. 1045592
*For the Firm*