**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

Plaintiff

v. Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

Defendants.
_________________________/

**DEFENDANTS DIANE WILLEY, CAITLIN MORSE, MELODY BARRY, KATELYN DALTON, DIANA TERESHCHUK, AND DEREK NELSON'S UNOPPOSED TIME-SENSTIIVE MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

In accordance with Federal Rule of Civil Procedure 6(b) and Middle District of Florida Local Rule 3.01(e), Defendants Diane Willey, Caitlin Morse, Melody Barry, Katelyn Dalton, Diana Tereschchuk, and Derek Nelson hereby move for entry of an order granting them extensions of time through and including October 30, 2026, to respond to the Complaint. Defendants make this motion on a time-sensitive basis and seek a ruling before September 21, 2026, which is Defendant Nelson's deadline to respond to the Complaint and September 30, 2026, which is the deadline for all other moving Defendants to respond to the Complaint.

1. Plaintiff filed this lawsuit on April 22, 2026. Defendants have been served as follows:

a. Tereshchuk was served on August 10, 2026.

b. Dalton and Willey were served on August 13, 2026.

c. Morse was served on August 18, 2026.

d. Barry was served on August 21, 2026.

e. Nelson was served on August 31, 2026.

2. A final defendant, Victoria Cline, has not yet been served.

3. On August 27, 2026, Defendants Tereschchuk, Dalton, Morse, Willey, and Barry filed an unopposed motion for extension of time (Docs. 40-41) seeking to move their various deadlines to respond to the Complaint to September 30, 2026, so that the Defendants could file a combined response to the Complaint. Because the service deadline for the remaining defendants to be served was September 8, 2026, Defendants believed all remaining Defendants would be served prior to that deadline.

4. That motion was granted on August 31, 2026. (Doc. 42.)

5. On September 1, a return of service was filed for Derek Nelson reflecting his service on August 31, 2026, which makes his response deadline September 21, 2026. (Doc. 43.)

6. In addition, on September 9, Plaintiff filed a second motion to extend the time to effectuate service for Victoria Cline, which Defendants did not oppose. (Docs. 47-48.)

7. That motion was granted, and the new service deadline is October 8, 2026.

8. Because Mr. Nelson was net yet served and included in the original motion for extension, and because the deadline to serve Ms. Cline has been extended to October 8, 2026, Defendants request that their deadline to respond to the Complaint be extended to October 30, 2026.

9. Defendants anticipate filing a joint motion to dismiss that includes a challenge to this Court's personal jurisdiction. Good cause exists to extend this time to allow the Defendants to prepare the necessary affidavits and to file one motion as opposed to several separate motions.

10. The requested extension will not result in any meaningful delay in the case.

WHEREFORE, Defendants Diane Willey, Caitlin Morse, Melody Barry, Katelyn Dalton, Diana Tereschchuk, and Derek Nelson respectfully requests that this Court grant an extension of their deadline to respond to the Complaint to October 30, 2026.

**LOCAL RULE 3.01(g) CERTIFICATION**

Counsel for Defendants has conferred with counsel for Plaintiff and Plaintiff does not oppose the requested extension.

Dated: September 21, 2026

Respectfully submitted,

*s/ Tori C. Simmons*

Dennis P. Waggoner (FBN 509426)
dennis.waggoner@hwhlaw.com
regina.bigness@hwhlaw.com
Tori C. Simmons (FBN 107081)
tori.simmons@hwhlaw.com
michelle.armstrong@hwhlaw.com

HILL, WARD & HENDERSON, P.A.
101 E Kennedy Boulevard, Suite 3700
Tampa, FL 33602
Telephone: 813-221-3900
Facsimile: 813-221-2900

Cameron G. Shilling (NHBA 11363)
Cameron.shilling@mclane.com
McLane Middleton, PA
900 Elm St.
Manchester, NH 03101
603-628-1351
Attorneys for Defendants
ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse, Melody
Barry, Katelyn Dalton, and Diana
Tereshchuk