Exhibit A

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. **8:26-cv-01156-CEH-CPT**

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **Victoria Cline**
was received by me on **9/18/2026:**

☐ I personally served the **SUMMONS; AMENDED COMPLAINT; EXHIBIT** on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☒ I returned the summons unexecuted because **Unknown** after attempting service at **421 N Franklin St, Delaware, OH 43015**; or

☐ Other *(specify)*

My fees are $ 0 for travel and **$ 135.00** for services, for a total of **$ 135.00**.

I declare under penalty of perjury that this information is true.

Date: 09/19/2026

*Server's signature*

**Joseph Sniderman**
*Printed name and title*

**PO Box 13105**
**Columbus, OH 43213-0105**

*Server's address*

Additional information regarding attempted service, etc:

**9/19/2026 5:45 PM: I spoke with an individual who identified themselves as the resident and they stated subject unknown. I spoke with a neighbor who doesn't recognize name.**

Tracking #: **0242625634**