**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CERTIFIED TRAINING SOLUTIONS, LLC,
a Florida limited liability company,

Plaintiff,

Case No.: 8:26-cv-01156-CEH-CPT

v.

CONVENIENTMD, LLC, DIANE WILLEY,
MARIE HALL, CAITLIN MORSE,
MELODY BARRY, DEREK NELSON,
KATELYN DALTON, DIANA
TERESHCHUK,
and VICTORIA CLINE,

Defendants.
_______________________________________/

**SUPPLEMENT TO THIRD MOTION FOR EXTENSION OF TIME TO EFFECTUATE SERVICE PURSUANT TO LOCAL RULE 3.01(g)**

The movant listed below hereby certifies that, in compliance with Local Rule 3.01(g)(3), she attempted diligently for three days to contact the opposing party in good faith to confer on the Third Motion for Extension of Time to Effectuate Service, filed on October 8, 2026 at Doc. # 55. The opposing party did not respond to the undersigned's attempts to meet and confer, and the parties therefore have resolved not resolved the motion.

Dated: October 15, 2026.

Respectfully submitted,

/s/ Julia Hannah Weber
Julia Hannah Weber
Florida Bar No. 1045592
Joseph F. Southron, Esq.
Florida Bar No. 122109
**SOUTHRON FIRM, P.A.**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Tel. (813) 773-5105
Fax (813) 683-4338
julia.weber@southronfirm.com
joe@southronfirm.com
eservice@southronfirm.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was filed on October 15, 2026, with the Court via CM/ECF system, which will send notification of such filing to all parties and counsel of record.

/s/ Julia Hannah Weber
Julia Hannah Weber
Florida Bar No. 1045592
*For the Firm*