**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CERTIFIED TRAINING SOLUTIONS, LLC,

Plaintiff,

v. Case No.: 8:26-cv-01156-CEH-CPT

CONVENIENTMD, LLC, DIANE WILLEY,
MARIE HALL, CAITLIN MORSE,
MELODY BARRY, DEREK NELSON,
KATELYN DALTON, DIANA TERESHCHUK,
and VICTORIA CLINE,

Defendants.
_______________________________/

**NOTICE OF VOLUNTARY DISMISSAL**
**OF DEFENDANT VICTORIA CLINE**

Plaintiff, Certified Training Solutions, LLC ("CTS"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), gives notice that it voluntarily dismisses without prejudice all claims against Defendant Victoria Cline. Defendant Cline has not served an answer or a motion for summary judgment.

Dated: October 29, 2026.

Respectfully submitted,

/s/ Julia Hannah Weber
Julia Hannah Weber
Florida Bar No. 1045592
Joseph F. Southron, Esq.
Florida Bar No. 122109
**SOUTHRON FIRM, P.A.**
400 N. Ashley Drive, Suite 1720
Tampa, Florida 33602
Tel. (813) 773-5105
Fax (813) 683-4338
julia.weber@southronfirm.com
joe@southronfirm.com
eservice@southronfirm.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 29, 2026, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ Julia Hannah Weber
Julia Hannah Weber