# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

Plaintiff

v. Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

Defendants.

__________________________/

**DECLARATION OF DIANE WILLEY**

I, Diane Willey, do hereby declare and state as follows:

1. I make the statements in this Declaration based on personal knowledge.

2. I submit this Declaration in support of the Motion to Dismiss the Amended Complaint, or Transfer Venue, by Defendants Diane Willey, Caitlin Morse, Melody Barry, Derek Nelson, Katelyn Dalton, and Diana Tereshchuk.

3. I currently reside in Dover, New Hampshire.

4. I was employed by ConvenientMD, LLC ("ConvenientMD") from January 2015 through November 2024. I resided in New Hampshire at all times during that period.

5. During my time working at ConvenientMD, I was assigned to work from various ConvenientMD locations across New Hampshire, including locations in Stratham/Exeter and Portsmouth, New Hampshire.

6. When I initially registered for the Certified Training Solutions, LLC ("CTS") "Train-the-Trainer" course in 2019, I did so while located at ConvenientMD's facilities in New Hampshire.

7. When I accessed the CTS "Train-the-Trainer" course in 2019, I did so either from ConvenientMD's facilities in New Hampshire; or from my home in New Hampshire.

8. When I registered for and accessed the CTS "Train-the-Trainer" course in 2019, I had no knowledge or awareness that CTS was operated from, governed by, or otherwise had any connection to the State of Florida.

9. When I initially registered for the CTS "Train-the-Trainer" course in 2024, I did so while located at ConvenientMD's facilities in New Hampshire.

10. When I accessed the CTS "Train-the-Trainer" course in 2024, I did so from my home in New Hampshire.

11. When I registered for and accessed the CTS "Train-the-Trainer" course in 2024, I had no knowledge or awareness that CTS was operated from, governed by, or otherwise had any connection to the State of Florida.

12. Prior to receiving notice of the issues involved in this lawsuit, I had no knowledge or awareness that CTS was operated from, governed by, or otherwise had any connection to the State of Florida.

13. From time to time, I was the instructor for urine drug screening certification classes that were provided to ConvenientMD employees. On such occasions, I provided instruction from ConvenientMD's facilities in New Hampshire, Massachusetts, or Maine.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2026.**

Signed by:
Diane Willey
20F57E2083664C1...

10/26/2026
Diane Willey