# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

Plaintiff

v.

Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

Defendants.

______________________________/

**DECLARATION OF CAITLIN MORSE**

I, Caitlin Morse, do hereby declare and state as follows:

1. I make the statements in this Declaration based on personal knowledge.

2. I submit this Declaration in support of the Motion to Dismiss the Amended Complaint, or Transfer Venue, by Defendants Diane Willey, Caitlin Morse, Melody Barry, Derek Nelson, Katelyn Dalton, and Diana Tereshchuk.

3. I currently reside in Arundel, Maine.

4. I am currently employed by ConvenientMD, LLC ("ConvenientMD"), where I have been employed since early 2022. I have resided in Maine at all times since starting my employment at ConvenientMD.

5. Since starting my employment at ConvenientMD, I have been primarily assigned to ConvenientMD's location in Portland, Maine.

6. When I initially registered for the Certified Training Solutions, LLC ("CTS") "Train-the-Trainer" course, I did so while located in Saco, Maine.

7. When I accessed the CTS "Train-the-Trainer" course, I did so from ConvenientMD location in Saco, Maine.

8. When I registered for and accessed the CTS "Train-the-Trainer" course, I had no knowledge or awareness that CTS was operated from, governed by, or otherwise had any connection to the State of Florida.

9. Prior to receiving notice of the issues involved in this lawsuit, I had no knowledge or awareness that CTS was operated from, governed by, or otherwise had any connection to the State of Florida.

10. I understand that, from time to time, ConvenientMD employees instructed urine drug screening certification classes for other ConvenientMD employees. I never personally taught, or otherwise instructed, such a class.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2026.**

Caitlin Morse

Caitlin Morse



137110\31591584.v2