# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

Plaintiff

v. Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

Defendants.

_________________________/

**DECLARATION OF DEREK NELSON**

I, Derek Nelson, do hereby declare and state as follows:

1. I make the statements in this Declaration based on personal knowledge.

2. I submit this Declaration in support of the Motion to Dismiss the Amended Complaint, or Transfer Venue, by Defendants Diane Willey, Caitlin Morse, Melody Barry, Derek Nelson, Katelyn Dalton, and Diana Tereshchuk.

3. I currently reside in Billerica, Massachusetts.

4. I was employed by ConvenientMD, LLC ("ConvenientMD") from September 2023 through June 2025. I resided in Massachusetts at all times during that period.

5. From approximately September 2023 to March 2024, I was primarily assigned to ConvenientMD's headquarters location in Portsmouth, New

Hampshire; and from approximately March 2024 to June 2025, I was primarily assigned to ConvenientMD's locations in Saugus and Quincy, Massachusetts.

6. When I initially registered for the Certified Training Solutions, LLC ("CTS") "Train-the-Trainer" course, I did so either from ConvenientMD's headquarters in Portsmouth, New Hampshire, or from my home in Massachusetts.

7. When I accessed the CTS "Train-the-Trainer" course, I did so either from ConvenientMD's headquarters in Portsmouth, New Hampshire, or from my home in Massachusetts.

8. When I registered for and accessed the CTS "Train-the-Trainer" course, I had no knowledge or awareness that CTS was operated from, governed by, or otherwise had any connection to the State of Florida.

9. Prior to receiving notice of the issues involved in this lawsuit, I had no knowledge or awareness that CTS was operated from, governed by, or otherwise had any connection to the State of Florida.

10. Shortly after joining ConvenientMD, in preparation for my role instructing urine drug screening certification classes for ConvenientMD employees, I sat in on several such classes at ConvenientMD facilities in New Hampshire.

11. From time to time between September 2023 and around March 2024, I was the instructor for urine drug screening certification classes that were

provided to ConvenientMD employees. On such occasions, I provided instruction from ConvenientMD's facilities in Massachusetts.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on October 26, 2026.**

Signed by:
Derek Nelson
D52C5AB6861D448...

10/26/2026

Derek Nelson