# EXHIBIT E

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

Plaintiff

v. Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

Defendants.
_________________________/

**DECLARATION OF KATELYN DALTON**

I, Katelyn Dalton, do hereby declare and state as follows:

1. I make the statements in this Declaration based on personal knowledge.

2. I submit this Declaration in support of the Motion to Dismiss the Amended Complaint, or Transfer Venue, by Defendants Diane Willey, Caitlin Morse, Melody Barry, Derek Nelson, Katelyn Dalton, and Diana Tereshchuk.

3. I currently reside in Plymouth, Massachusetts.

4. I was employed by ConvenientMD, LLC ("ConvenientMD") from 2018 through February 2025. I resided in Massachusetts at all times during that period.

5. When I started working for ConvenientMD, I was initially assigned to ConvenientMD's location in Falmouth, Massachusetts. I was subsequently assigned to work at multiple ConvenientMD locations in Massachusetts, including Pembroke and Plymouth.

6. When I initially registered for the Certified Training Solutions, LLC ("CTS") "Train-the-Trainer" course, I did so while located at my home in Brockton, Massachusetts.

7. When I accessed the CTS "Train-the-Trainer" course, I did so from my home in Brockton, Massachusetts.

8. When I registered for and accessed the CTS "Train-the-Trainer" course, I had no knowledge or awareness that CTS was operated from, governed by, or otherwise had any connection to the State of Florida.

9. Prior to receiving notice of the issues involved in this lawsuit, I had no knowledge or awareness that CTS was operated from, governed by, or otherwise had any connection to the State of Florida.

10. In preparation for my role instructing urine drug screening certification classes for ConvenientMD employees, I sat in on or instructed several such classes at ConvenientMD facilities in New Hampshire.

11. From time to time, I was the instructor for urine drug screening certification classes that were provided to ConvenientMD employees. On such occasions, I provided instruction from ConvenientMD's facilities in Massachusetts.

**I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2026.**

Signed by:
6DAD87F181764FC...

10/27/2026

Katelyn Dalton