**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

Certified Training Solutions, LLC

Plaintiff

v. Case No.: 8:26-cv-01156

ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse,
Melody Barry, Derek Nelson,
Katelyn Dalton, Diana Tereshchuk,
and Victoria Cline,

Defendants.
____________________________/

**SUPPELEMENTAL 3.01(g) CERTIFICATION**

In accordance with Middle District of Florida Local Rule 3.01(g), the undersigned certifies that counsel for Defendants has conferred with Plaintiff's counsel via email on November 3, 2026 regarding Defendants Diane Willey, Caitlin Morse, Melody Barry, Derek Nelson, Katelyn Dalton, and Diana Tereschchuk's Motion to Dismiss, or to Transfer Venue (Doc. 59), and Plaintiff opposes the relief requested in the Motion.

Dated: November 5, 2026

Respectfully submitted,

*s/ Tori C. Simmons*
Dennis P. Waggoner (FBN 509426)
dennis.waggoner@hwhlaw.com
regina.bigness@hwhlaw.com
Tori C. Simmons (FBN 107081)
tori.simmons@hwhlaw.com
michelle.armstrong@hwhlaw.com
HILL, WARD & HENDERSON, P.A.
101 E Kennedy Boulevard, Suite 3700

Tampa, FL 33602
Telephone: 813-221-3900
Facsimile: 813-221-2900

Cameron G. Shilling (NHBA 11363)
Cameron.shilling@mclane.com
McLane Middleton, PA
900 Elm St.
Manchester, NH 03101
603-628-1351
Attorneys for Defendants
ConvenientMD, LLC, Diane Willey,
Marie Hall, Caitlin Morse, Melody
Barry, Katelyn Dalton, and Diana
Tereshchuk