**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CERTIFIED TRAINING SOLUTIONS, LLC,

Plaintiff,

v. Case No.: 8:26-cv-01156-CEH-CPT

CONVENIENTMD, LLC, DIANE WILLEY,
MARIE HALL, CAITLIN MORSE,
MELODY BARRY, DEREK NELSON,
KATELYN DALTON, DIANA TERESHCHUK,
and VICTORIA CLINE,

Defendants.
_________________________________/

**SUPPLEMENTAL DECLARATION OF LISA J. BRADLEY IN SUPPORT OF RESPONSE IN OPPOSITION TO THE MOTION TO DISMISS, OR TO TRANSFER VENUE, OF DEFENDANTS WILLEY, MORSE, BARRY, NELSON, DALTON, AND TERESHCHUK**

I, Lisa J. Bradley, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following is true and correct:

1. My name is Lisa J. Bradley. I am over the age of eighteen (18) and competent to testify to the matters stated herein.

2. I make this declaration in opposition to the Motion to Dismiss, or to Transfer Venue, filed by Defendants Diane Willey, Caitlin Morse, Melody Barry, Derek Nelson, Katelyn Dalton, and Diana Tereshchuk (the "Individuals"). Doc. # 59. It supplements my declaration filed on August 20, 2026 (Doc. # 37-1), the contents of which remain true and correct. I make this declaration on my

personal knowledge and on the business records of Plaintiff Certified Training Solutions, LLC ("CTS") described in paragraph 2 of that declaration.

3. Exhibit 3 to my prior declaration (Doc. # 37-4) is the report I generated from CTS's learning management system identifying enrollments by ConvenientMD personnel. Exhibits 7A through 7G to my prior declaration (Doc. # 37-8) are CTS's records of the acceptance of CTS's Collector Trainer Agreement. The information in paragraphs 4 through 7 below is drawn from those records.

4. CTS's records reflect the following enrollments by the Individuals in CTS's DOT Urine Specimen Collector and Train-The-Trainer Course, each listing ConvenientMD as the enrollee's employer: (a) Diane Willey, on March 15, 2019, using the email address Willeywoman407@comcast.net and the title Regional Clinical Lead, and again on February 15, 2024, using the email address dwilley@convenientmd.com and the title District Clinical Educator; (b) Caitlin Morse, on February 28, 2022, using the email address cmorse@convenientmd.com and the title R.T(R); (c) Melody Barry, on March 14, 2022, using the email address mbarry@convenientmd.com and the title Regional Clinical Lead; (d) Derek Nelson, on October 4, 2022, using the email address DNelson@convenientmd.com and the title Regional Clinical Training Lead; (e) Katelyn Dalton, on October 7, 2022, using the email address kdalton@convenientmd.com and the title Regional Clinical Lead; and (f) Diana Tereshchuk, on June 29, 2023, using the email address dtereshchuk@convenientmd.com and the title Clinical Educator. Exhibit 3.

5. CTS's records reflect acceptance of the Collector Trainer Agreement by Diane Willey on February 15, 2024 (Exhibit 7A); by Caitlin Morse on February 28, 2022 (Exhibit 7B); by Melody Barry on March 22, 2022 (Exhibit 7C); by Derek Nelson on October 7, 2022 (Exhibit 7D); by Katelyn Dalton on October 7, 2022 (Exhibit 7E); and by Diana Tereshchuk on June 29, 2023 (Exhibit 7F). In response to the prompt "Type your full name as additional Attestation and Confirmation of your Agreement to the aforesaid terms," the enrollee typed "Caitlin Emily Morse" (Exhibit 7B), "Melody R. Barry" (Exhibit 7C), "Derek A. Nelson" (Exhibit 7D), and "Diana Tereshchuk" (Exhibit 7F).

6. The only enrollment by a person named Derek Nelson reflected in Exhibit 3 is the October 4, 2022 enrollment described in paragraph 4(d). Exhibit 7D records that the Collector Trainer Agreement associated with the email address DNelson@convenientmd.com was accepted on October 7, 2022.

7. Each Collector Trainer Agreement reflected in Exhibits 7A through 7F includes the enrollee's agreement "that I will purchase a new and separate course for each and every specimen collector I train (at the Instructor-Discounted-Rate) from Certified Training Solutions." The agreements accepted by Diane Willey on February 15, 2024 and by Diana Tereshchuk on June 29, 2023 (Exhibits 7A and 7F) also provide for payment of $100.00 for each course not purchased for a person trained and $400.00 for each person trained outside the trainer's own organization.

8. CTS's courses, including the courses described in paragraph 7, are purchased online through the storefront in CTS's learning management system and CTS's payment-processor account, which I administer from Florida as described in paragraphs 17 through 19, 22 through 26, and 46 of my prior declaration.

9. CTS's Articles of Organization were filed with the Florida Department of State on January 14, 2021. Doc. # 37-10. Each enrollment described in paragraph 4 occurred after November 2018, when I began directing CTS's business from Florida, and each except Diane Willey's March 15, 2019 enrollment occurred after January 14, 2021.

10. CTS has never received from any of the Individuals payment for a procedures course for any specimen collector the Individual trained.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on: Nov. 20, 2026

By: Lisa J Bradley
Lisa J. Bradley